David Samuel

1100 Howe Ave, Apt 126

Sacramento, CA 95825

(512) 522-8571

In Pro Se



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Tyrone Samuel,<br><br>Sydney Brooke Roberts, et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>Sacramento Housing and Redevelopment<br><br>Agency, et al.<br><br>      Defendants. | No. 2:22-cv-01699-TLC-AC |

## PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1) Plaintiffs hereby move this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15.

2) Plaintiffs believe this version of the complaint addresses concerns regarding statement of claims, causes of action, and relief.

3) This version of the complaint reduces the number of claims from 26 to 4, and addresses the issues with clarity and overlapping nature.

4) Plaintiffs have adjusted the list of Defendants to reduce the need for future amendments, depending on defenses by Defendants.

5) Plaintiffs have gained access to PACER and other resources which provide other claims to use as models going forward and assist in pleadings which conform to the courts requirements.

6) To further ensure compliance with pleading requirements the complaint asks for the courts discretion in appointing an attorney consistent with rights granted under the ADA (28 CFR § 36.501(a)).

7) Plaintiffs ask for the courts patience, and assert we are making good faith effort to comply with the court. Due to Plaintiffs disabilities it may be much more difficult for us to understand what the court is requesting than ordinarily expected, and as such may require a bit more guidance than ordinary.

Respectfully Submitted,

David Tyrone Samuel
Plaintiff, Pro Se
1100 Howe Ave, Apt 126
Sacramento, CA 95825

Sydney Brooke Roberts
Plaintiff, Pro Se
1100 Howe Ave, Apt 126
Sacramento, CA 95825