David Samuel

1100 Howe Ave, Apt 126

Sacramento, CA 95825

(512) 522-8571

In Pro Se

LODGED

OCT 3 1 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

David Tyrone Samuel,

Sydney Brooke Roberts, et al.

          Plaintiffs,

      v.

Sacramento Housing and Redevelopment

Agency, et al.

          Defendants.

No. 2:22-cv-01699-TLC-AC

**ORDER**

Plaintiffs' Motion for Leave to File Amended Complaint is hereby GRANTED.

It is so ordered.

_____

Dated