FILED

NOV 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and
DAVID SAMUEL,

        Plaintiffs,

    v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

        Defendants.

No. 2:22-cv-01699-TLN-AC

PLAINTIFF'S NOTICE ON HOW TO
PROCEED

Check one:

_____ Plaintiffs Sydney Brooke Roberts and David Tyrone Samuel want to proceed immediately on their claims against defendant Sacramento Housing and Redevelopment Agency only without amending the complaint. Plaintiffs understand that by going forward without amending the complaint they are voluntarily dismissing without prejudice their claims against all other listed defendants pursuant to Federal Rule of Civil Procedure 41(a).

__X__ Plaintiffs want to amend the complaint.

DATED: 11/11/2022

_____
Sydney Brooke Roberts
Plaintiff pro se

_____
David Tyrone Samuel
Plaintiff pro se

1