**RECEIVED**

**DEC 16 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TYRONE SAMUEL and
SYDNEY BROOKE ROBERTS,

Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

Defendants.

No. 2:22-cv-01699 TLN AC (PS)

NOTICE OF SUBMISSION

Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with the court's order filed _11 - 30 - 2022_ :

22 ~~X~~ completed summons form

22 __X__ completed USM-285 form

22 __X__ copy of the complaint

22 __X__ completed form to consent or decline to consent to magistrate judge jurisdiction

_12/15/2022_
Date

_____
Plaintiff's Signature

1