**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SYDNEY BROOKE ROBERTS , ET AL.,**

CASE: **2:22–CV–01699–DJC–AC**

vs.

**SACRAMENTO HOUSING &AMP; REDEVELOPMENT AGENCY , ET AL.,**

**ORDER OF REASSIGNMENT**

_____ /

The court, having considered the appointment of **District Judge Daniel J. Calabretta**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby **REASSIGNED** from **District Judge Troy L. Nunley** to **District Judge Daniel J. Calabretta** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:        **2:22–CV–01699–DJC–AC**

All pending motions are submitted without appearance and without oral argument pursuant to Local Rule 230(g) and the hearing on said motions is VACATED.  If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly.  Further, all pretrial conference and trial dates currently set in this reassigned action are vacated and shall be reset, as necessary, by the reassigned Court.

DATED:    April 4, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE