EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
ALEXANDER CHEUNG (SBN 297720)
Alexander.Cheung@WilsonElser.com
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant SACRAMENTO
HOUSING AND REDEVELOPMENT AGENCY,
LA SHELLE DOZIER, MARYLIZ PAULSON,
TORY LYNCH, TANYA CRUZ, TAMEKA
JACKSON, LISA MACIAS, TIFFANY BROWN,
AND IBRA HENLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 TLN AC PS<br><br>**DEFENDANTS SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, LA SHELLE DOZIER, MARYLIZ PAULSON, TORY LYNCH, TANYA CRUZ, TAMEKA JACKSON, LISA MACIAS, TIFFANY BROWN, AND IBRA HENLY'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**[FED. R. CIV. P. 12(b)(6)]**<br><br>Date: May 18, 2023<br>Time: 2:00 p.m.<br>Judge: Hon. Troy L. Nunley<br>Courtroom: 2 - 15th Floor |

**TO PLAINTIFFS SYDNEY BROOKE ROBERTS AND DAVID TYRONE SAMUEL:**

PLEASE TAKE NOTICE that on May 18, 2023, at 2:00 p.m. in Courtroom 2 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California, Defendants SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY;  LA SHELLE DOZIER, in her capacity as SHRA Executive Director; MARY LIZ PAULSON, in her capacity as

1

Director Housing Choice Voucher Program; TORY LYNCH, in her capacity as SHRA Program Manager; TANYA CRUZ, in her capacity as SHRA Program Manager; TAMEKA JACKSON, in her capacity as SHRA Case Worker; LISA MACIAS, in her capacity as SHRA Case Worker; TIFFANY BROWN, in her capacity as SHRA Case Worker; and IBRA HENLY, in his capacity as SHRA Employee, collectively ("Defendants") will move this Court for an Order dismissing all of the Claims in the Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that each cause of action fails to state a claim against Defendants for which relief can be granted.

Specifically, Defendants allege Plaintiffs' First Claim and Fifth Claim have no merit because Plaintiffs cannot show an extra bedroom itself is durable medical equipment as a matter of law; the Second Claim fails to establish Plaintiffs were denied effective communication for their request for reasonable accommodations; the Fourth Claim fails to establish Plaintiffs were denied accessibility of any services; the Sixth Claim consists of only legal conclusions couched as factual allegations; the Third Claim fails to establish a denial of due process; and there are no facts to support Plaintiffs' claims for punitive damages.

Moreover, the official capacity claims against the SHRA Board of Governors Defendants and SHRA Employees should be dismissed as duplicative of Plaintiffs' claims against Defendant SHRA. They are not named as defendants in their individual capacities, and the Third Amended Complaint does not allege any personal allegations against them.

This Motion shall be based upon this Notice, the attached Memorandum of Points and Authorities, the complete files and records of this action, and such other oral and documentary evidence as may be presented at the hearing on this Motion.

Dated:  April 7, 2023          **WILSON ELSER MOSKOWITZ EDELMAN & DICKER**

By: _____
EDWARD P. GARSON
ALEXANDER CHEUNG
Attorneys for Defendant, SACRAMENTO HOUSING
AND REDEVELOPMENT AGENCY

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**
(No.:  2:22-cv-01699 TLN AC PS)

281821723v.1

## PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

☐: **PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐: **OVERNIGHT MAIL** - As follows: I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, indicating overnight delivery, with delivery fees provided for, on that same day, at San Francisco, California.

☐: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐: **BY ELECTRONIC TRANSMISSION** – By causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

Executed on April 7, 2023, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Maxine Swann

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**
**(No.: 2:22-cv-01699 TLN AC PS)**

281821723v.1

## SERVICE LIST

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>1100 Howe Avenue<br>Apartment 126<br>Sacramento, CA  95825<br><br>Tel:  (512) 522-8571 | |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**
**(No.:  2:22-cv-01699 TLN AC PS)**

281821723v.1