[ **FILED** ]

APR 2 5 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Sydney Roberts, Pro Se
David Samuel, Pro Se
1100 Howe Ave, Apt 126
Sacramento, CA, 95825
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS<br><br>DAVID TYRONE SAMUEL,<br><br>AIMS (A MINOR),<br><br>DAYS (A MINOR)<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, ET AL,<br><br>Defendant | Case No.: 2:22-cv-01699-TLN-AC<br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT;<br><br>FOURTH AMENDED COMPLAINT<br><br>FEDERAL RULES OF CIVIL PROCEDURE 15 |

Plaintiffs Sydney Brooke Roberts, David Tyrone Samuel, AIMS, and DAYS request leave to file fourth amended complaint, consistent with Federal Rules of Civil Procedure 15(a)(1).

Service was carried out by the US Marshall office and contested by Defendants, notice of service was first received April 12, 2023 and comes within 21 days of first notice of service.

Amendment is necessary to update the ongoing events in the complaint, correct the spelling of Defendants names and titles, and consolidate the facts of the complaint into the appropriate sections.

Tuesday April 25, 2023

_____
David Samuel

_____
Sydney Roberts

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT- 1