**FILED**

JUN 0 2 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
1100 Howe Ave, Apt 126
Sacramento, CA 95825
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS<br><br>DAVID TYRONE SAMUEL,<br><br>AIMS (A MINOR),<br><br>DAYS (A MINOR)<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL.,<br><br>Defendants | Case No: 2:22-cv-01699 DJC AC<br><br>Plaintiffs Notice of Motion for Partial Summary Judgment<br><br>Fed R. Civ. P. 56(a)<br><br>Date:  July 20, 2023<br>Time:  1:30 PM<br>Judge:  Hon.  Daniel J. Calabretta<br>Courtroom: Number 10 - 13th Floor |

1)    To Defendants Sacramento Housing and Redevelopment Agency, et al ("Defendants"):

2)    Please take notice that on July 20, 2023 in Courtroom 10 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California, Plaintiffs in the above action will move the Court for Summary Judgment on Claims 1 and 5 of their Third Amended Complaint ("COMPLAINT").

3)    Specifically, Plaintiffs demonstrate that Defendants acts meet the standard for discrimination, and that Defendants can present no argument which constitutes a genuine dispute to this fact.

NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS THIRD AMENDED COMPLAINT - 1

4)    The Motion for Partial Summary Judgment on Claims 1 and 5 of COMPLAINT ("MOTION")  shall be based upon this notice, an attached Memorandum of Points and Authorities in support of MOTION, Affidavits in support of MOTION, the Complete files and records of this action, and any other oral and documentary evidence as may be presented at the hearing on this MOTION.

**CERTIFICATION OF MEET AND CONFER EXHAUSTION**

5)    Plaintiffs have made at least three attempts to meet and confer with Defendants counsel via email, U.S. Mail and by Telephone between April 12, 2023 and June 01, 2023.

6)    Plaintiffs emails and letters have all been clearly titled as attempts to meet and confer, including the most recent attempt on May 11, 2023 which was titled 'Third Attempt to Meet and Confer".

7)    Defendants have not responded to these attempts to Meet and Confer.


_David Samuel_

David Samuel
Date   06/02/2023


_Sydney Roberts_

Sydney Roberts
Date      06/02/2023


NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS THIRD AMENDED COMPLAINT - 2

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
ALEXANDER CHEUNG (SBN 297720)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,<br><br>                                       PLAINTIFF(S),<br>               v.<br>Sacramento Housing and Redevelopment<br>Agency, et. al,<br><br>                                      DEFENDANT(S). | CASE NUMBER<br><br>**2:22-cv-01699-DJC AC**<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Sacramento _____, State of California, and not a party to the above-entitled cause. On __**June 02**_____, 20__**23**____, I served a true copy of **Plaintiffs Notice of Motion for Partial Summary Judgment**

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843
Executed on __**June 02**_____, 20__**23**____ at _Sacramento_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*
Signature of Person Making Service

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                                             *Party Served*

CV-40 (01/00)                  **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**