UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS, et al., | No. 2:22-cv-01699-DJC-AC |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al., | |
| Defendants. | |

Plaintiffs filed a motion for partial summary judgment on June 2, 2023. ECF No. 38. Findings and recommendations regarding a motion to dismiss by defendants, issued on May 31, 2023, are still pending before the District Judge. ECF No. 36. The motion for partial summary judgment is therefore premature and cannot be considered at this time. Thus, the court DENIES the motion at ECF No. 38 without prejudice to refiling at the appropriate time, as premature and procedurally improper.

IT IS SO ORDERED.

DATED: June 12, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE