UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS, et al., | No. 2:22-cv-1699-DJC-AC PS |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENY, et al., | |
| Defendants. | |

      Plaintiffs are proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On May 3, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 27.) Plaintiffs have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2023, are adopted in full; and

2. Plaintiffs' motion for a temporary restraining order (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated:  **November 8, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE