UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 DJC AC PS<br><br>[PROPOSED] **ORDER CONTINUING THE SETTLEMENT CONFERENCE**<br><br>Date:  June 10, 2024<br>Time:  10:00 a.m.<br>Courtroom:  No. 25, 8th Floor<br><br>Honorable Chi Soo Kim |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having duly reviewed and considered the Ex Parte Application for a Continuance of the Settlement Conference and supporting declaration submitted by Defendants SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ("SHRA"); LA SHELLE DOZIER, MARYLIZ PAULSON, TORY LYNCH, TANYA CRUZ, TAMEKA JACKSON, LISA MACIAS, TIFFANY BROWN, and IBRA HENLY (collectively, "Defendants"), Defendants' Ex Parte Application for a Continuance of the Settlement Conference is hereby **GRANTED** and, accordingly, it is **ORDERED**:

The Settlement Conference currently scheduled for June 10, 2024 at 10:00 a.m. before the Honorable Magistrate Judge Chi Soo Kim is vacated and will be continued to a future date after schedules are confirmed with the parties.

IT IS SO ORDERED.

Dated: May 30, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE