EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
Monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699-DJC-AC<br><br>**DEFENDANT MARYLIZ PAULSON'S DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' PARTIAL SUMMARY JUDGMENT ON ITEM 1 OF PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date: October 23, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Alison Claire<br>Courtroom: 2-15th Floor |

I, MaryLiz Paulson, declare as follows:

1. I am the Director of Housing Choice Voucher Program for the Sacramento Housing and Redevelopment Agency. I am also the Section 504 Coordinator for the Housing Choice Voucher Program. The facts contained in this declaration are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. On March 20, 2023, I sent a written letter to Plaintiff Ms. Sydney Roberts to inform her that her request for one additional bedroom for Plaintiff David Tyrone Samuel and Artemis Samuel was approved. I further informed Ms. Roberts that she will be issued a 3-bedroom voucher

# CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *October 4, 2024,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on October 4, 2024, at San Francisco, California.

Jasmine Carinio