EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
Monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL

Plaintiffs,

v.

SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,

Defendants.

No.: 2:22-cv-01699-TLN-AC

**MONICA CASTILLO DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' PARTIAL SUMMARY JUDGMENT ON ITEM 1 OF PLAINTIFFS' THIRD AMENDED COMPLAINT**

Date: October 23, 2024
Time: 10:00 a.m.
Judge: Hon. Alison Claire
Courtroom: 2-15th Floor

I, Monica Castillo, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney at Wilson Elser Moskowitz Edelman and Dicker LLP, the law firm representing Defendants. I make this declaration in support of Defendants' Opposition to Plaintiffs' Partial Summary Judgment on Item 1 of Plaintiffs' Third Amended Complaint. Except as expressly stated, I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify accurately to their veracity.

///

///

2. Attached as **Exhibit A** is a March 20, 2023, letter granting Plaintiffs' reasonable accommodation request for separate bedrooms for Plaintiff David Samuel and Plaintiffs' minor daughter.

3. Attached as **Exhibit B** is an April 3, 2023, letter denying Plaintiffs' reasonable accommodation request for two separate bedrooms each for Plaintiff David Samuel and Plaintiffs' minor daughter.

I have personal knowledge of the facts set forth herein. If called to testify to those matters herein, I could and would do so competently. I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed in San Francisco, CA, on this 4th day of October, 2024.

Monica Castillo

Monica Castillo

# EXHIBIT A

DocuSign Envelope ID: 08292FE1-73F0-4C63-98E4-34B97B1B6B04

SHRA
CHANGING LIVES

Mailbox CW22
T0032944

March 20, 2023

Sydney Roberts
2328 Empress Street #1
Sacramento, CA 95815

Dear Mr./Mrs. Roberts,

Your requests for one additional bedroom for David Samuel and Artemis Samuel as a reasonable accommodation and your request for Housekeeping services from SHRA as a reasonable accommodation have been reviewed by the Reasonable Accommodation Compliance Committee (RACC). One additional bedroom for David Samuel and Artemis Samuel as a reasonable accommodation is hereby approved. You will be issued a 3 bedroom voucher so that both David and Artemis have separate sleeping rooms and so that they can share family space.

If the basis for the approval of this reasonable accommodation ceases to exist, the approved voucher size will revert to the current eligible size. You are responsible for reporting all changes in accordance with family obligations described at your annual recertification.

Your request for housekeeping services from SHRA as a reasonable accommodation is denied as this would be a fundamental change in the program. Sacramento Housing and Redevelopment Agency (SHRA) does not provide housekeeping services.

If you disagree with this determination, you have the right to speak with a Committee Coordinator to discuss the possibility of modifying your request, the health care provider's recommendations and/or to request a hearing, provided we receive your request within fifteen days of your receipt of this letter. You may call (916) 449-6346 to reach the Committee Coordinator by phone.

Should you have any questions related to the change in your voucher, please contact our customer service center at (916) 440-1390 and ask for your caseworker.

Sincerely,

DocuSigned by:
MaryLiz Paulson
91AB61704BA140B...

MaryLiz Paulson
504 Coordinator

# EXHIBIT B

SHRA
CHANGING LIVES

Mailbox cw22
T0032944

April 3, 2023

Sydney Roberts
2328 Empress Street #1
Sacramento, Ca 95815

Dear Mr./Ms. Roberts,

Your request for separate bedrooms on behalf of David and Artemis as a reasonable accommodation (RA) for their disabilities is hereby denied. An additional bedroom was previously approved to allow both David and Artemis to have their own rooms. No nexus was established to provide both David and Artemis two bedrooms each.

Your request for sound proofing and black out curtains in the rooms on behalf of David and Artemis as a reasonable accommodation for their disabilities is hereby voided. This request should be directed to the unit's landlord. Sacramento Housing and Redevelopment Agency (SHRA) does not have jurisdiction over the physical unit.

Your request to have all communication conducted via email on behalf of David as a reasonable accommodation for his disability is hereby denied. In most instances, communication is directed to the head of household, Sydney Roberts. We have not received any information regarding Ms. Roberts being disabled. As a courtesy, during the RA process, we have communicated with Mr. Samuel via email as the reasonable accommodation request(s) involved him directly.

Requests for voucher extensions are granted at the department level, by your caseworker. If and when a requested extension is denied, you may request an exception as a reasonable accommodation.

You may find resources / assistance to find housing using the following links:
https://www.shra.org/find-housing/
https://www.shra.org/wp-content/uploads/2023/01/Project-Listing-for-website-2022-1-30-23.pdf
https://www.shra.org/targeted-population-housing-programs/

SHRA CHANGING LIVES

The "Finding Housing Using Your Voucher Workshop" is conducted virtually and you can register at, https://shra-org.zoom.us/meeting/register/tZcldOyopj8tG9CGqKEcgkoBR6v0SwrSE0wI. There is also a "How to Find and Keep Housing Using Your Voucher Video" located here https://www.shra.org/housing-choice-voucher-program/
https://www.affordablehousing.com/sacramento-ca/9090-chantal-way-331099/

We are willing to review any additional information you may wish to submit in support of your request. Any information your health care provider wishes to submit, must be sent directly to our office from their office, additional information may be faxed directly to (916) 264-1533.

If you disagree with this determination, you have the right to speak to a Committee Coordinator and/or to request a hearing, provided we receive your request within 30 days of your receipt of this letter. You may call (916) 449-6346 to reach the Committee Coordinator by phone.

Sincerely,

DocuSigned by:
MaryLiz Paulson
91AB61704BA140B...

MaryLiz Paulson
504 Coordinator

**CERTIFICATE OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *October 4, 2024,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on October 4, 2024, at San Francisco, California.

Jasmine Carinio