UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL,

Plaintiffs,

v.

SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,

Defendants.

No. 2:22-cv-1699 DJC AC

ORDER

Plaintiffs proceed in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 14, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 76. Plaintiffs have filed objections to the findings and recommendations. ECF No. 77. On February 10, 2025 Defendants filed a response to the objections. ECF 78. The Court has considered both filings.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS

////

HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2025, are adopted in full; and

2. Plaintiffs' motion for summary judgment (ECF No. 67) is DENIED; and

3. This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **February 27, 2025**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE