EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
Monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL

Plaintiffs,

v.

SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,

Defendants.

No.: 2:22-cv-01699-TLN-AC

**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY 'S RESPONSE TO PLAINTIFFS' AMENDED OPPOSITION AND STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Assigned to Magistrate Allison Claire

Date: April 23rd, 2025
Time: 10:00 a.m.
Courtroom: 26

## A. Plaintiffs' Amended Opposition and Statement of Disputed Facts Supporting Plaintiffs' Opposition Are Untimely, Contains Inadmissible Evidence and Should Not Be Considered

Pursuant to FRCP Rule 56, any opposition to a Motion for Summary Judgment is due no later than 21 days before the hearing date. Plaintiffs' Amended Opposition and Separate Statement of Undisputed Facts in support of Plaintiffs' Amended

Opposition is conveniently not dated; however, it was served on April 10, 2025 and is eight days late. (Castillo Declaration ¶ 4)

Plaintiffs, who had ample opportunity to respond to Defendants' discovery, Including Requests for Admissions and Requests for Production of Documents, and indeed produce documents, chose to ignore the discovery requests, and at the twelfth hour, indeed, beyond that, now attempt to belatedly oppose Defendants' motion for summary judgment and the evidence submitted by Defendants in support of their summary judgment motion.

The Amended Opposition and the Statements of Undisputed Facts should not be considered by this Court.

Assuming, arguendo, this Court is inclined to consider Plaintiffs' Amended Opposition and Separate Statement, it should not be given weight as it relies on inadmissible evidence. As set forth in Defendants' moving papers, FRCP 36 **deems admitted** matters requested in a request for admission. FRCP 36(b) states that any matter admitted under this rule is conclusively established. In other words, this court must accept as genuine or true all the facts requested to be admitted. "Matters deemed admitted due to a party's failure to respond to requests for admission are conclusively established under Federal Rule of Civil Procedure 36(b).... It is "well settled that admissions obtained under Rule 36, including matters deemed to be admitted by a party's failure to respond to a request for admission, can form the basis for granting Summary Judgment and that failure to respond to a request for admissions will permit entry of a summary judgment if the facts admitted are dispositive of the case." (Nex*t Gear Capital, Inc. v. Gutierrez* 2021 U.S. Dist. LEXIS 99257, 8.)

///

///

///

///

///

This court should not reward Plaintiffs for their failure to follow the Federal Rules of Civil Procedure. This court should not consider Plaintiff's Amended Opposition or Statement of Undisputed Facts.

Dated: April 10, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**

By: *Monica Castillo*

EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendant,
SACRAMENTO HOUSING
AND REDEVELOPMENT AGENCY

**CERTIFICATE OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *April 10, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on April 10, 2025, at San Francisco, California.

Jasmine Carinio

**PROOF OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY 'S RESPONSE TO PLAINTIFFS' AMENDED OPPOSITION AND STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA 95673<br><br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br>maddy@possiblymaybe.com<br><br>T: (512) 522-8571 | |

Executed on April 10, 2025, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Jasmine Carinio