FILED

APR 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

Defendants

Case No: 2:22-cv-01699 DJC AC

**MOTION FOR LEAVE TO
ELECTRONICALLY FILE DOCUMENTS**

Date: 4/23/2085

Time: 10:00 Am

Court room 26

Honorable Allison Claire:

1)      Plaintiffs David Samuel and Sydney Roberts, proceeding pro se, respectfully move this Court for an order granting permission to file documents electronically through the Court's CM/ECF system. In support of this motion, Plaintiffs state as follows:

2)      Background: Plaintiffs are representing themselves in the above-captioned matter and are not attorneys admitted to practice before this Court.

3)      Request for Electronic Filing Access: Plaintiffs seek leave to utilize the Court's electronic filing system to file, receive, and manage documents in this case. Access to electronic filing will facilitate efficient communication with the Court and opposing

**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS - 1**

counsel, reduce delays associated with traditional mail, and ensure timely submission and receipt of documents.

4)      Compliance with Court Requirements: Plaintiffs are prepared to comply with all requirements and procedures for electronic filing as established by the Court, including obtaining necessary training or certification if required.

5)      No Prejudice to Defendant: Granting this motion will not prejudice the Defendant and will promote judicial efficiency by streamlining the filing and service process.

6)      WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting them permission to file documents electronically in this matter.

Respectfully submitted,

*David Samuel*

David Samuel
Date    04/09/2025

*Sydney Roberts*

Sydney Roberts
Date    04/09/2025

**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS - 2**

NAME. ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
MONICA CASTILLO (SBN 146154)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,<br><br>v.<br>Sacramento Housing and Redevelopment<br>Agency, et. al,<br><br> | PLAINTIFF(S),<br><br><br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-01699-DJC AC<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
Sacramento _____, State of California, and not a
party to the above-entitled cause. On **04/09** _____, 20**25**_____, I served a true copy of
**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: **3350 Arapaho Way, Antelope, CA 95843** _____
Executed on **04/09** _____, 20**25**_____ at **Sacramento** _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*
_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____     _____
*Signature*                                              *Party Served*