


David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS<br><br>DAVID TYRONE SAMUEL,<br><br>AIMS (A MINOR),<br><br>DAYS (A MINOR)<br><br>      Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL.,<br><br>      Defendants | Case No: 2:22-cv-01699 DJC AC<br><br>**NOTICE OF SUPPLEMENTAL FILING**<br><br>Date: April 23, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 26<br>Judge: Magistrate Judge Allison Claire |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1)    Plaintiffs David Samuel and Sydney Roberts respectfully submit this Notice of Supplemental Filing in support of their previously filed Amended Opposition to Defendant's Motion for Summary Judgment (filed April 10, 2025).

2)    This supplemental filing includes Exhibits S, T, and U, which demonstrate Defendant Sacramento Housing and Redevelopment Agency's (SHRA's) continuing failure to provide due process in connection with Plaintiffs' reasonable accommodation request.

**NOTICE OF SUPPLEMENTAL FILING - 1**

3) The new exhibits are as follows:

4) Exhibit S – Video Recordings of Cancelled Informal Hearing on June 2, 2023 (Parts 1 and 2)

5) Exhibit T – Email dated October 31, 2023 showing SHRA had not rescheduled either cancelled hearing

6) Exhibit U – Documents showing SHRA denied access to an approvable three-bedroom unit and voided the RFTA without justification

7) These materials further support Plaintiffs' claim that SHRA failed to comply with 24 C.F.R. § 982.555 and continue to violate Plaintiffs' due process rights. Plaintiffs reserve the right to incorporate these facts into an amended complaint or supplemental pleading under Rule 15(d).

**Supplemental Argument – Genuine Disputes of Material Fact**

8) Plaintiffs respectfully submit that summary judgment must be denied because there are genuine disputes of material fact concerning the core issues raised by Defendant's motion. The following evidence, supported by sworn declarations and contemporaneous documentation, creates substantial factual disagreements that must be resolved by a jury:

9) SHRA falsely claims that it granted Plaintiffs' reasonable accommodation request. However, the April 4, 2023 denial letter (Exhibit Q) and the voiding of the RFTA for the requested unit (Exhibits U1–U5) directly contradict this claim and establish that the request was denied in practice.

10) SHRA asserts that it provided an informal hearing. This is directly refuted by Exhibits H, S, and T, which show that the September 2022 and June 2023 hearings

**NOTICE OF SUPPLEMENTAL FILING** - 2

were both cancelled, no decisions were issued, and no subsequent hearing was rescheduled.

11) Defendant implies that Plaintiffs were at fault for delays in the housing process. The record shows otherwise. Plaintiffs submitted an expedited RFTA request that SHRA agreed to process (Exhibit U5), but SHRA failed to act for more than 30 days, resulting in the loss of the unit. This is clear harm caused by Defendant's inaction.

12) Defendant claims it followed proper process and policy. However, SHRA's own denial letters (Exhibits E, F, Q) cite only internal policy and omit any individualized analysis or evidence of an interactive process. This alone creates a triable issue under the FHA and ADA.

13) SHRA also implies that Plaintiffs failed to participate in discovery. The record demonstrates the opposite. Plaintiffs initiated multiple meet-and-confer attempts (Exhibits B, C, D, R), disclosed their witness list and evidence, and have submitted sworn declarations and documentation in response to SHRA's motion.

14) Plaintiffs' supplemental exhibits (S–U5) further demonstrate an ongoing pattern of obstruction, retaliation, and failure to provide due process. The video recordings and timeline emails show a consistent refusal to comply with legal obligations, even after litigation commenced.

15) Each of the above disputes goes to the heart of Plaintiffs' claims under the Fair Housing Act, the ADA, and related federal regulations. As such, summary judgment is inappropriate and the matter should proceed to trial.

Respectfully Submitted,

**NOTICE OF SUPPLEMENTAL FILING** - 3

*David Samuel*
David Samuel
Date 04/10/2025

*Sydney Roberts*
Sydney Roberts
Date 04/10/2025

**NOTICE OF SUPPLEMENTAL FILING** - 4

Exhibit T

 **Gmail**　　　　　　　　　　　　　　　　David Samuel <davidsa@possiblymaybe.com>

## Meeting Scheduled | Mon. 10/16/2023 at 11:00am (630 I Street)

**David Samuel** <davidsa@possiblymaybe.com>　　　　　　　　　Tue, Oct 31, 2023 at 11:36 AM
To: Reasonable Accommodations <ra@shra.org>

All,

We have not received any update regarding a rescheduled hearing, nor have we received any formal notice regarding the calculation summary. This denial of due process is causing harm to our family.

Please advise when both formal notice regarding the income calculation and hearing will be available.

David
[Quoted text hidden]

Exhibit U-1

 Gmail

David Samuel <davidsa@possiblymaybe.com>

## Application Update

**Arbors at Antelope Leasing** <Arborslease@greystar.com>  Fri, Apr 28, 2023 at 12:56 PM
To: David Samuel <davidsa@possiblymaybe.com>

Hello Mr. Samuel,

I regret to inform you that as of today, SHRA has decided to void your RFTA. Based on the affordability and pricing of the home, they have determined that you are not eligible for this home. Due to that, we will be denying your application and will be refunding your $200 holding deposit. May we have the best forwarding address to send your check?

You are more than welcome to re-apply, however, I would contact your case worker to see if anything that would need updating before re-applying. Based on their response, their max payment allowance was $2147.00 If you'd like to contact SHRA to get more information on their reason for denial, I would recommend giving them a call at: 916-440-1390

If there is anything else that we may be of assistance, feel free to give us a call or an email back. Thank you for your time and it was a pleasure working with you.

Sincerely,

Bryon Robinson | Leasing Professional |
The Arbors at Antelope | 3700 Navaho Dr. | Antelope, CA 95843
o 916.344.5222 | arborslease@greystar.com

Proudly managed by Greystar®

Join Greystar® in supporting St. Jude Children's Research Hospital and  Camp Hope

---

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Tuesday, April 25, 2023 4:23 PM
**To:** Arbors at Antelope Leasing <Arborslease@greystar.com>
**Subject:** Re: [EXTERNAL] Re: Application Update

[Quoted text hidden]

Exhibit U-2



Rent Affordability Worksheet For Housing Choice Voucher Program

March 31, 2023

**Name:** Sydney Roberts  **Tenant Code:** t0032944
**Prospective Address:** 7957 Papago Way, Antelope CA 95843 **Thomas Grid:**
**Voucher Issue Date:** 03-15-2023    **Voucher Expiration Date:** 08-15-2023

| | |
|---|---|
| 1. Authorized Voucher Size: | 3 |
| 2. Total BR Size of Unit: | 3 |
| 3. Authorized Payment Standard for zipcode 95843 (from schedule using lower of voucher size and unit size): | 3,240 |
| 4. Utility Allowance (from schedule using lower of voucher size and unit size): | 99 |

> Unit Type: HCV Duplex/Townhouse/Semi-detached
> Cooking - Electric: 13
> Heating - Electric: 27
> Water Heating - Electric: 30
> Sewer: 18
> Range or Microwave  11

| | |
|---|---|
| 5. How much is the rent?: | 2,800 |
| 6. Gross Rent of Unit (Contract Rent plus Utility Allowance): | 2899 |

**If Gross Rent is less than Payment Standard (line 6 < line 3) then unit is approvable. You can stop here. Otherwise 40% rule (below) applies.**

| | |
|---|---|
| 7. Adjusted Monthly Income (ami): | 1333 |
| 8. Unadjusted Monthly Income (umi): | 1500 |
| 9. TTP (higher of 30% of ami or 10% of umi or $50): | 400 |
| 10. Total Housing Payment (GR - TTP): | 2499 |
| 11. Tenant's Portion of Rent (Contract Rent - Total Housing Payment): | 301 |

Note: if this amount is hegative, it is sent to the tenant, called utility reimbursement payment, and tenant rent to owner is zero

| | |
|---|---|
| 12. 40% of adjusted monthly: | 533 |

**40% Rule: If Tenant Portion of Rent plus Utility Allowance is less than 40% of monthly adjusted income, (line 11 plus line 4 < line 12) then unit is approvable**

Exhibit U-2

This unit is approvable

Exhibit U-3



# Payment Standards
# Housing Choice Voucher Program

Families participating in the Housing Choice Voucher (HCV) program benefit from a subsidy each month to help pay their rent and utilities. The subsidy varies for each family depending upon the family's size and income.

The U. S. Department of Housing and Urban Development (HUD) has mandated 24 jurisdictions in the country, including the Housing Authority of Sacramento County, to begin using Fair Market Rents (FMRs) based on zip codes, called Small Area FMRs (SAFMRs), to establish payment standards. The Payment Standard is the maximum amount of assistance a family can receive and is based on the region's fair market rent and funding from HUD.

This is not the maximum rent that can be charged by landlords. This is the maximum amount a family can receive, but monthly assistance may be different.

The amount of rent a landlord can charge must be "reasonable" when compared to unassisted rental units in the neighborhood with similar amenities.

The chart below shows the Payment Standard for Sacramento County zip codes and the bedroom sizes listed.

## Payment Standards Effective January 1, 2023

| | | | | | | |
|---|---|---|---|---|---|---|
| 95608 | $1,440 | $1,584 | $1,980 | $2,808 | $3,276 | $3,766 |
| 95610 | $1,524 | $1,668 | $2,100 | $2,988 | $3,480 | $4,002 |
| 95615 | $1,080 | $1,176 | $1,488 | $2,124 | $2,556 | $2,938 |
| 95621 | $1,500 | $1,644 | $2,064 | $2,928 | $3,420 | $3,932 |
| 95624 | $1,812 | $1,980 | $2,484 | $3,528 | $4,116 | $4,732 |
| 95626 | $1,740 | $1,908 | $2,400 | $3,408 | $3,972 | $4,567 |
| 95628 | $1,596 | $1,752 | $2,196 | $3,120 | $3,636 | $4,180 |
| 95630 | $2,016 | $2,208 | $2,772 | $3,936 | $4,584 | $5,271 |
| 95632 | $1,476 | $1,620 | $2,040 | $2,892 | $3,372 | $3,877 |
| 95638 | $1,488 | $1,632 | $2,052 | $2,916 | $3,396 | $3,904 |
| 95641 | $1,068 | $1,164 | $1,464 | $2,076 | $2,424 | $2,787 |
| 95652 | $1,476 | $1,620 | $2,028 | $2,880 | $3,360 | $3,864 |
| 95655 | $2,100 | $2,304 | $2,892 | $4,116 | $4,788 | $5,505 |
| 95660 | $1,392 | $1,524 | $1,908 | $2,712 | $3,156 | $3,628 |
| 95662 | $1,716 | $1,884 | $2,364 | $3,360 | $3,912 | $4,498 |
| 95670 | $1,368 | $1,500 | $1,884 | $2,676 | $3,120 | $3,588 |
| 95673 | $1,524 | $1,668 | $2,088 | $2,964 | $3,456 | $3,974 |
| 95683 | $2,292 | $2,520 | $3,156 | $4,488 | $5,220 | $6,002 |
| 95690 | $1,068 | $1,176 | $1,476 | $2,100 | $2,448 | $2,815 |


Equal Housing Opportunity

Sacramento Housing & Redevelopment Agency  630 I Street, Sacramento CA 95814
(916) 440-1390 | TTY 711 or 1 (800) 855-7100 | www.shra.org



Rev. 9/26/22

| | | | | | | |
|---|---|---|---|---|---|---|
| 95693 | $1,644 | $1,812 | $2,268 | $3,228 | $3,756 | $4,318 |
| 95742 | $2,292 | $2,520 | $3,156 | $4,488 | $5,220 | $6,002 |
| 95757 | $2,256 | $2,472 | $3,108 | $4,416 | $5,148 | $5,919 |
| 95758 | $1,644 | $1,800 | $2,256 | $3,204 | $3,732 | $4,291 |
| 95811 | $1,284 | $1,404 | $1,764 | $2,508 | $2,916 | $3,352 |
| 95814 | $1,512 | $1,656 | $2,076 | $2,952 | $3,432 | $3,946 |
| 95815 | $1,260 | $1,380 | $1,728 | $2,460 | $2,856 | $3,284 |
| 95816 | $1,776 | $1,956 | $2,448 | $3,480 | $4,056 | $4,664 |
| 95817 | $1,308 | $1,440 | $1,800 | $2,556 | $2,976 | $3,422 |
| 95818 | $1,644 | $1,800 | $2,256 | $3,204 | $3,732 | $4,291 |
| 95819 | $1,848 | $2,028 | $2,544 | $3,612 | $4,212 | $4,843 |
| 95820 | $1,416 | $1,548 | $1,944 | $2,760 | $3,216 | $3,698 |
| 95821 | $1,332 | $1,464 | $1,836 | $2,604 | $3,036 | $3,490 |
| 95822 | $1,452 | $1,584 | $1,992 | $2,832 | $3,300 | $3,794 |
| 95823 | $1,332 | $1,464 | $1,836 | $2,604 | $3,036 | $3,490 |
| 95824 | $1,200 | $1,320 | $1,656 | $2,352 | $2,736 | $3,146 |
| 95825 | $1,440 | $1,584 | $1,980 | $2,808 | $3,276 | $3,766 |
| 95826 | $1,416 | $1,548 | $1,944 | $2,760 | $3,216 | $3,698 |
| 95827 | $1,524 | $1,668 | $2,100 | $2,988 | $3,480 | $4,002 |
| 95828 | $1,428 | $1,560 | $1,956 | $2,784 | $3,240 | $3,726 |
| 95829 | $1,920 | $2,100 | $2,640 | $3,756 | $4,368 | $5,023 |
| 95830 | $1,920 | $2,100 | $2,628 | $3,744 | $4,356 | $5,008 |
| 95831 | $1,716 | $1,884 | $2,364 | $3,360 | $3,912 | $4,498 |
| 95832 | $1,740 | $1,908 | $2,388 | $3,396 | $3,948 | $4,539 |
| 95833 | $1,704 | $1,860 | $2,340 | $3,324 | $3,876 | $4,456 |
| 95834 | $1,620 | $1,776 | $2,232 | $3,168 | $3,696 | $4,250 |
| 95835 | $2,052 | $2,244 | $2,820 | $4,008 | $4,668 | $5,367 |
| 95837 | $1,500 | $1,572 | $2,004 | $2,832 | $3,360 | $3,864 |
| 95838 | $1,356 | $1,488 | $1,860 | $2,640 | $3,084 | $3,546 |
| 95841 | $1,380 | $1,512 | $1,896 | $2,700 | $3,144 | $3,615 |
| 95842 | $1,428 | $1,560 | $1,956 | $2,784 | $3,240 | $3,726 |
| 95843 | $1,656 | $1,812 | $2,280 | $3,240 | $3,780 | $4,346 |
| 95864 | $1,668 | $1,824 | $2,292 | $3,252 | $3,792 | $4,360 |




Sacramento Housing & Redevelopment Agency  630 I Street, Sacramento CA 95814
(916) 440-1390 | TTY 711 or 1 (800) 855-7100 | www.shra.org

Rev. 9/26/22



# THE ARBORS
## AT ANTELOPE

| | | | | | |
|---|---|---|---|---|---|
| Applicant Name: | ███████ | | Lease Term | 3/31/2023 through | 3/30/2024 |
| New Address: | 7957 Papago Way | | | | |
| Mail Box #: | ███████ | | (mail boxes are pre assigned and cannot be changed) | | |

**TOTAL MONTHLY CHARGES**

| | | | |
|---|---|---|---|
| Monthly Rent: | ███████ | | |
| Monthly Concession: | ███████ | Upfront Concession (if applicable) |  |
| Pet Rent: | ███████ | | |
| Other: | $0.00 | | |
| Total: | $2,704.62 | **UTILITIES NOT INCLUDED** | |

**MOVE IN CHARGES**

| | | | |
|---|---|---|---|
| Pro-rated rent: | $94.52 | From 3/31/2023 through | 3/31/2023 |
| Pro-rated pet rent: | $0.00 | | Days in Month |
| Pro-rated Concession: | $7.27 | | 31 |
| Transfer/Application Fee: | ███████ | | |
| Deposit*: | ███████ | (*Subject to change) | |
| Next Month's Rent: | ███████ | (if moving in after the 20th of the month) | |
| Subtotal: | $3,696.79 | | |

Less Payment Received (itemized below)

| | | |
|---|---|---|
| Application fee: | ███████ | $52.46 per applicant (18 & older) |
| Holding deposit: | ███████ | (Will be applied to the security deposit at move in) |

**Payable with a cashier's check only.**

**Total Due at Move-in*:**          $3,391.87     *Amount subject to change.

*Gas/Electric must be connected prior to move in date:*

| Gas Provider | PG & E - 800.743.5000 - PGE.com | Acct. # |
|---|---|---|
| ElectricProvider | SMUD - 888.456.7683 - SMUD.org | Acct. # |

**Renters Insurance with $300,000 liability coverage is Required at Move In.**

**Rent and Utilities are both due on the 1st of each month.**

All persons will be treated fairly and equally without regard to race, color, religion, sex, mental or physical disability, sexual orientation, familial status, or national origin in compliance with the Fair Housing Act.

I understand that the application fee is a non-refundable payment for a credit check and processing charge of this application and such sum is not a rental payment or security deposit. This amount will be retained by the Agent to cover the cost of processing the application as furnished by the applicant; any false information will constitute grounds for rejection of the application Proof of income must be submittedand approved within 72 hours of of this holding agreement date and applications are not fully approved until signed off by management

Fees Application $52.46 Application Fees are Non Refundable

I hereby render a holding deposit of $200.00 with the Agent. This amount will be refunded within 21 days if the application is denied or if the applicant withdraws the application in writing within 72 hours of the date of the signed application. If the application is accepted and the applicant fails to occupy the premises on the agreed upon date, except for delay caused by the Agent, the deposit amount will be retained by the Agent as liquidated damages for holding the apartment off the market. ANY APPLICATION NOT APPROVED WITHIN 72 HOURS OF INITIAL APPLICATION DATE WILL AUTOMATICALLY BE DENIED. __DS__ Applicant Initials

### MISCELLANEOUS

We will not release possession of any unit until all identification has been scanned and verified using our Checkpoint system If any legal action or proceeding is brought by either party to enforce any part of this Agreement, the prevailing party will recover, in addition to all other relief, reasonable attorneys' fees and costs

If we are unable to deliver possession of the premises to you on the scheduled move-in date for any reason we will not be liable for the delay, nor will this affect the validity of this Agreement or the rental agreement/lease, or extend the term of any rental agreement/lease. However, rent will not accrue under the rental agreement/lease until possession of the premises is tendered to you If we have not tendered possession of the premises to you within three days of the scheduled move-in date, you may withdraw your application and/or terminate the rental agreement/lease at any time until we tender possession of the premises to you

*David Samuel*        03/25/2023       Revised 8/9/21
Applicant's Signature               Date

 Gmail                                            David Samuel <davidsa@possiblymaybe.com>

## Waive or Expedite HQS inspection, expedited RTFA processing

**Reasonable Accommodations** <ra@shra.org>                          Tue, Apr 4, 2023 at 4:32 PM
To: David Samuel <davidsa@possiblymaybe.com>, Reasonable Accommodations <ra@shra.org>

Hello Mr. Samuel,

We are not able to "waive the Housing Quality Standards (HQS) inspection" as this is not allowed by HUD, even with a reasonable accommodation. The Request for Tenancy Approval (RFTA) attached is incomplete and it will require the head of household to sign. In addition, there is much more to the form that is missing. The most expeditious method of submitting a RFTA would be for your landlord to submit the eRFTA at: https://rfta.shra.org /. We will expedite, however, it will not be "immediate."

Although we do not recommend moving in prior to the inspection, it is your family's decision to make. Please, understand that the subsidy will not begin until the inspection has passed. The risk of moving in prior to the RFTA being processed and/or the inspection passing is that it may not be approved or pass and you will then be responsible for the full contract rent for the duration of your lease.

You may reach out to your caseworker with additional questions related to the RFTA at 916.440.1390. Please, find attached the most recent reasonable accommodation decision letter.

Here is the ZOOM link for the Informal Hearing on 04.20.2023:
Join Zoom Meeting
https://shra-org.zoom.us/j/89874208936
Meeting ID: 898 7420 8936
One tap mobile
+16694449171,,89874208936# US
+16699009128,,89874208936# US (San Jose)
Dial by your location
        +1 669 444 9171 US
        +1 669 900 9128 US (San Jose)
        +1 253 205 0468 US
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 719 359 4580 US
        +1 386 347 5053 US
        +1 507 473 4847 US
        +1 564 217 2000 US
        +1 646 558 8656 US (New York)
        +1 646 931 3860 US
        +1 689 278 1000 US
        +1 301 715 8592 US (Washington DC)
        +1 305 224 1968 US
        +1 309 205 3325 US
        +1 312 626 6799 US (Chicago)
        +1 360 209 5623 US
        833 548 0276 US Toll-free
        833 548 0282 US Toll-free
        877 853 5257 US Toll-free
        888 475 4499 US Toll-free
Meeting ID: 898 7420 8936
Find your local number: https://shra-org.zoom.us/u/keaNVHZOkf
Best,

Ibra Henley (she/her/hers)
Housing Choice Voucher (HCV)

Exhibit U-5

Sacramento Housing and Redevelopment Agency
916.449.6346
ihenley@shra.org
www.shra.org

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by other than the sender or the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.
[Quoted text hidden]

---

**2 attachments**


Roberts, Sydney t0032944.pdf
94K


Roberts, Sydney t0032944 Multiple decisions.pdf
232K

 Gmail

David Samuel <davidsa@possiblymaybe.com>

## Waive or Expedite HQS inspection, expedited RTFA processing

**David Samuel** <davidsa@possiblymaybe.com>                                      Mon, Apr 3, 2023 at 12:29 PM
To: Reasonable Accommodations <ra@shra.org>, Caitlyn Grabill <cgrabill@consumersselfhelp.org>, Gustavo Ayala <gayala@consumersselfhelp.org>, "Dulce C. Candy" <maddy@possiblymaybe.com>, "Maddy, David and Artemis Samuel" <home@possiblymaybe.com>

We would like to request as a reasonable accommodation that the HQS inspection requirement for the RFTA submitted for the unit we are attempting to lease be waived or expedited to allow immediate move in.

The unit we are currently living in is not under lease, and we have been served with an unlawful detainer and summons several days ago indicating formal eviction from the premises is imminent. We have also been informed by our service agency that utilities to our current address unlivable.

We require this expedition to purse our educational, medical, and employment goals, which would otherwise be harmed by the delay in approval.

Please find attached a copy of our unlawful detainer notice, and notice from Sacramento Self Help Housing indicating utilities are being terminated and a copy of the completed RFTA for new housing.

David

---

**4 attachments**

- 📎 **SSHH_Notice-of-Gas-and-Electricity-Termination_03-31-2023.pdf**
  57K

- 📎 **SSHH_Unlawful-Detainer_Notice_03-18-2023.pdf**
  54K

- 📎 **SSHH_Unlawful-Detainer_Summons_03-18-2023.pdf**
  5229K

- 📎 **SHRA_RFTA_The-Arbors_7957-Papago-Way_04-02-2023.pdf**
  256K

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)<br>EDWARD P. GARSON (SBN 96786)<br>MONICA CASTILLO (SBN 146154)<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER<br>655 Montgomery Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-0990 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,  PLAINTIFF(S),<br>v.<br>Sacramento Housing and Redevelopment Agency, et. al,<br>DEFENDANT(S). | CASE NUMBER<br>2:22-cv-01699-DJC AC<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Sacramento_____, State of California, and not a party to the above-entitled cause. On __April 10__, 20__25__, I served a true copy of __**NOTICE OF SUPPLEMENTAL FILING**__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843
Executed on __April 10__, 20 __25__ at __Sacramento__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*
Signature of Person Making Service

**ACKNOWLEDGEMENT OF SERVICE**

I, _____, received a true copy of the within document on _____.

_____            _____
Signature                                                      Party Served

CV-40 (01/00)            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE