

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

        Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

        Defendants

Case No: 2:22-cv-01699 DJC AC

**Declaration of David Samuel in Support of Exhibit S**

Date: April 23, 2025
Time: 10:00 a.m.
Location: Courtroom 26
Judge: Magistrate Judge Allison Claire

I, David Samuel, declare as follows:

1) I am a Plaintiff in this action and submit this declaration in support of Plaintiffs' opposition to Defendant's Motion for Summary Judgment.

2) On September 12, 2022, I participated in an informal hearing with the Sacramento Housing and Redevelopment Agency (SHRA) regarding our reasonable accommodation request. SHRA cancelled that hearing before it concluded and failed to issue any written decision.

3) SHRA later scheduled a second informal hearing originally set for April 20, 2023, which was then rescheduled to June 2, 2023, at 9:00 AM.

4) I participated in the June 2, 2023 hearing and recorded the proceeding using screen capture software on my personal computer.

5) The video files labeled Exhibit S1 and Exhibit S2 are true and accurate recordings of

the June 2, 2023 hearing session as it occurred in real time.

6) These videos show SHRA staff abruptly ending the hearing without completing the

process or issuing a decision, and without proposing any follow-up hearing.

7) This was the second hearing SHRA scheduled and failed to complete. As of the date

of this declaration, SHRA has not issued a decision on either hearing, and has failed to

provide due process as required under 24 C.F.R. § 982.555.

8) These recordings have not been altered and are presented to show SHRA's

continuing failure to conduct a fair and complete informal hearing as required under

federal law.

I declare under penalty of perjury under the laws of the United States that the foregoing

is true and correct.

Executed on April 10, 2025, in Rio Linda, California.

David Samuel

David Samuel
April 10, 2025

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
MONICA CASTILLO (SBN 146154)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sydney Brooke Roberts, David Samuel, A.I.M.S., D.A.Y.S., PLAINTIFF(S). <br> v. <br> Sacramento Housing and Redevelopment Agency, et. al, DEFENDANT(S). | CASE NUMBER <br><br> 2:22-cv-01699-DJC AC <br><br><br> **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Sacramento , State of California, and not a party to the above-entitled cause. On April 10 , 20 25 . I served a true copy of Declaration of David Samuel in Support of Exhibit S by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843

Executed on April 10 , 20 25 at Sacramento , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*

*Signature of Person Making Service*

## ACKNOWLEDGMENT OF SERVICE

I, _____ , received a true copy of the within document on _____ .


_____          _____
*Signature*                                      *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE