**FILED**

APR 1 1 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

          Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

          Defendants

Case No: 2:22-cv-01699 DJC AC

**NOTICE OF LODGING OF VIDEO EVIDENCE**

Date: April 23, 2025
Time: 10:00 a.m.
Location: Courtroom 26
Judge: Magistrate Judge Allison Claire

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1)      PLEASE TAKE NOTICE that Plaintiffs David Samuel and Sydney Roberts

hereby lodge with the Court a physical thumb drive containing video evidence

referenced as Exhibit S in support of Plaintiffs' Amended Opposition to Defendant's

Motion for Summary Judgment.

2)      The thumb drive contains two video recordings of an informal hearing scheduled

for June 2, 2023. The videos capture SHRA's abrupt cancellation of the hearing, which

was never rescheduled or resolved. This evidence is cited in the accompanying

Statement of Disputed Facts and has been authenticated in a sworn declaration by

Plaintiff David Samuel.

NOTICE OF LODGING OF VIDEO EVIDENCE - 1

3)      Due to file size and format, and because Plaintiffs do not have access to the Court's electronic filing system, the videos are not submitted via electronic filing and will be hand-delivered or mailed to the Clerk of Court for lodging.

Dated: April 11, 2025

Respectfully submitted,


_David Samuel_
David Samuel
April 11, 2025


_Sydney Roberts_
Sydney Roberts
April 11, 2025

NOTICE OF LODGING OF VIDEO EVIDENCE - 2

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
MONICA CASTILLO (SBN 146154)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,                     PLAINTIFF(S).<br>v.<br>Sacramento Housing and Redevelopment<br>Agency, et. al,<br><br>                                            DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-01699-DJC AC<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
Sacramento                                                                    , State of California, and not a
party to the above-entitled cause. On April 11                                    , 20 25        , I served a true copy of
**NOTICE OF LODGING OF VIDEO EVIDENCE**
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843
Executed on April 11                      , 20 25          at Sacramento                          , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*
*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____ , received a true copy of the within document on _____ .


_____         _____
*Signature*                                              *Party Served*

CV-40 (01/00)                              **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**