EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL

Plaintiffs,

v.

SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,

Defendants.

No.: 2:22-cv-01699 DJC AC

**DECLARATION OF MONICA CASTILLO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(B)**

Assigned to Magistrate Judge Allison Claire
Date: April 23rd, 2025
Time: 10:00 a.m.
Courtroom: 26

I, Monica Castillo, declare:

1. I am licensed to practice law in the State of California and am an attorney at Wilson Elser Moskowitz Edelman and Dicker LLP, the law firm representing Defendants SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, ("Defendants").

2. I have personal knowledge of the facts set forth herein. If called to testify to those matters herein, I could and would do so competently.

3. I make this declaration in support of Defendants' Opposition to Plaintiffs' MOTION TO WITHDRAW DEEMED ADMISSIONS. Except as expressly stated, I have

personal knowledge of the facts set forth below and, if called as a witness, could and would testify accurately to their veracity.

4. Plaintiffs conveniently omit the fact that on August 6, 2024, Defendants served Request for Production of Documents on Plaintiffs.

5. To date, five to eight months later, Plaintiffs have served no responses to all the discovery served by Defendants.

6. At no time did Plaintiffs notify me or my office that alleged medical issues were prohibiting Plaintiffs from responding to the Requests for Admissions.

7. After Defendants filed their Motion for Summary Judgment, on April 8, 2025, Plaintiffs served Interrogatories on Defendants requesting information regarding the names job titles and responsibilities of individuals who served on Defendants' Reasonable Accommodation Compliance Committee, of consultants and contractors who provided rental market analysis, of housing inspectors, and of individuals who maintained Defendants' housing inventory.

8. Additionally Plaintiffs recently served Requests for Admissions and Requests for Documents on several individual Defendants.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed in San Francisco, California, on this April 15, 2025.

Monica Castillo

Monica Castillo

**CERTIFICATE OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *April 15, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on April 15, 2025, at San Francisco, California.

Jasmine Carinio

# PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DECLARATION OF MONICA CASTILLO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(B)**

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA 95673<br><br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br>maddy@possiblymaybe.com<br><br>T: (512) 522-8571 | |

Executed on April 15, 2025, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Jasmine Carinio