UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL, | No. 2:22-cv-1699-DJC-AC |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al., | |
| Defendants. | |

The court is in receipt of plaintiffs' ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 89. The court has reviewed the filing and denies plaintiffs' request without prejudice because it lacks the necessary information required by the Local Rule.

Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception. L.R. 133(b)(3). Once plaintiff is approved to file documents electronically, the plaintiff will no longer receive any documents by mail and the court will not accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings.

A motion to e-file must make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court, and whether plaintiff has access to the hardware and software needed for electronic filing. Plaintiff will be given an opportunity to file a renewed motion to e-file, and that request must specify the following:

1. That plaintiff has reviewed the requirements for electronic filing and agrees to abide by them, and that she understands that once plaintiff registers for electronic filing, all notices and documents will be received by e-mail and not by regular mail;

2. Whether plaintiff has regular access to the following technical requirements necessary for electronic filing: (a) a computer with internet access; (b) an e-mail account for receiving notifications from the electronic filing system; (c) a PACER (Public Access to Court Electronic Records) account; (d) a word-processing program; (e) PDF conversion software to convert word processing documents into .pdf format; and (6) a scanner for exhibits or other supporting documents that are only in paper format.

Failure to address each of these items will result in denial of any second motion to e-file.

Although the present motion is DENIED without prejudice with respect to utilizing the CM/ECF system to file documents, and plaintiffs must therefore continue to file paper documents with the Court through conventional means, the motion is GRANTED with respect to electronic *service* of documents. The Clerk is DIRECTED to configure plaintiffs' account so that plaintiffs will receive immediate email notifications when documents are filed in the case. Both plaintiffs have listed the address edfed@possiblymaybe.com as their contact, and both plaintiffs will be served at that email address. ECF No. 89 at 1. Plaintiffs consent to receive service of documents electronically and waive the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

////

////

////

1    In sum, the motion at ECF No. 89 is GRANTED to the extent that plaintiffs will be served
2  electronically but DENIED without prejudice as to electronic filing.
3    IT IS SO ORDERED.
4  DATED: May 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3