UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL, | No. 2:22-cv-1699 DJC AC |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al., | |
| Defendants. | |

This case is before the court on a motion to compel a Rule 26(f) conference. ECF No. 90, opposed at ECF No. 95, reply at ECF No. 27). This discovery motion is referred to the magistrate judge pursuant to E.D. Cal. R. 302(c)(1) and (21). Plaintiffs' motion is DENIED. The conference required by Fed. R. Civ. P. 26(f) is not an ongoing obligation. It is instead a one-time requirement to meet and confer regarding a discovery plan. On April 17, 2024, the parties participated in a Pre-Trial Scheduling Conference held before the undersigned, in which scheduling and discovery plans were discussed, and a discovery schedule was issued. ECF Nos. 56 and 58. Discovery has been progressing in this case, and non-expert discovery is set to close June 25, 2025. ECF No. 58. Because the Fed. R. 26(f) process is already complete, the plaintiffs' motion (ECF No. 90) is DENIED as MOOT.

DATED: May 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE