

[ FILED ]

MAY 1 9 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS | Case No: 2:22-cv-01699 DJC AC |
| DAVID TYRONE SAMUEL, | |
| AIMS (A MINOR), | **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS** |
| DAYS (A MINOR) | |
| Plaintiffs, | |
| v. | Date:        June 18, 2025 |
| | Time:       10:00 AM |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL., | Courtroom: 26 |
| | Judge:      Hon. Allison Claire |
| Defendants | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1)    PLEASE TAKE NOTICE THAT Plaintiffs David Samuel and Sydney Roberts will and hereby do move this Court for an order compelling Defendants Sacramento Housing and Redevelopment Agency ("SHRA") and other named defendants to produce overdue discovery responses, to provide complete and accurate discovery, and for appropriate sanctions pursuant to Federal Rule of Civil Procedure 37.

2)    This motion is based on this Notice of Motion and Motion, the accompanying Joint Declaration of David Samuel and Sydney Roberts, the attached exhibits, the

**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS** - 1

pleadings and records on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

3)    **Plaintiffs respectfully request that the Court set a hearing on this motion at the earliest possible date permitted under the Court's calendar.** Due to Defendants' ongoing refusal to comply with their discovery obligations and the resulting prejudice to Plaintiffs' ability to prepare for dispositive motions and trial, expedited resolution of this dispute is essential.

Respectfully Submitted,

*David Samuel*

David Samuel
May 17, 2025

*Sydney Roberts*

Sydney Roberts
May 17, 2025

**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS - 2**