

ɪAɪ 19 202:

CLERK, U.S. DISTRICT  ɔURT
EASTERN DISTRICT OF C ɪFORNIA
BY _____
            ᴅᴇᴘᴜᴛʏ ᴄʟᴇʀᴋ



David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

Defendants

Case No: 2:22-cv-01699 DJC AC

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL
DISCOVERY RESPONSES AND FOR
RULE 37 SANCTIONS**

1)    Before the Court is Plaintiffs David Samuel and Sydney Roberts' Motion to Compel Discovery Responses and for Rule 37 Sanctions ("Motion"). The Court has considered the Motion, the Joint Declaration of Plaintiffs in support of the Motion, Defendants' opposition, the record in this case, and the applicable law. GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

**Discovery Compelled**

2)    Pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37, Defendants Sacramento Housing and Redevelopment Agency and all named defendants are hereby ordered to produce complete and fully responsive documents, electronically

stored information, and discovery responses to all outstanding requests served by Plaintiffs as detailed in the Motion and supported by the Joint Declaration (see Motion §§ II, IV; Joint Decl. ¶¶ 8–17, 30–35, 47–52). This includes, but is not limited to:

a. All reasonable accommodation request records, logs, and communications;

b. Membership lists and contact information for the Reasonable Accommodation Compliance Committee;

c. Hearing scheduling, recording, cancellation, and decision documents;

d. Communications and policy documents regarding Plaintiffs' accommodation requests;

e. Identification of all individuals involved in decisions, hearings, and training related to reasonable accommodation;

f. All internal communications related to Plaintiffs' claims and discovery requests; and

g. Responsive materials identified in Plaintiffs' Requests for Production, Interrogatories, and Requests for Admission (Motion ¶¶ 20–24; Joint Decl. ¶¶ 8–11).

**Rule 30(b)(6) Designations and Depositions**

3)    Defendants shall promptly identify and produce Rule 30(b)(6) corporate representatives with knowledge of the discovery topics identified by Plaintiffs, as required by Rule 30(b)(6) and supported by Plaintiffs' motion (Motion ¶¶ 25–28; Joint Decl. ¶¶ 17, 21). Defendants shall cooperate in scheduling these depositions within 30 days of this Order.

**Privilege Log and Certifications**

4)    Defendants shall produce a complete and detailed privilege log for all withheld documents, consistent with Rule 26(b)(5), within 14 days of this Order. Further,

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS - 2

Defendants' counsel shall provide full, signed Rule 26(g) certifications confirming that all discovery responses are complete and made after reasonable inquiry, correcting the deficiencies identified in Plaintiffs' Motion and Joint Declaration (Motion ¶¶ 51, 56–59; Joint Decl. ¶ 20).

**Sanctions and Costs**

5)      Given Defendants' pattern of discovery abuse, refusal to confer, and failure to timely and fully comply with discovery obligations, the Court awards Plaintiffs their reasonable costs incurred in connection with this Motion pursuant to Federal Rule of Civil Procedure 37(a)(5). Plaintiffs shall submit a declaration documenting their reasonable costs within 14 days of this Order for Court review. Plaintiffs proceed pro se and do not seek attorney's fees. (Motion § VI; Joint Decl. ¶¶ 25–27.)

**Discovery Conference and Case Management**

6)      The parties are ordered to meet and confer in good faith within 7 days of this Order to discuss any remaining discovery issues. Within 14 days thereafter, the parties shall file a joint status report informing the Court of unresolved disputes or confirming full compliance (Motion ¶¶ 33–34; Joint Decl. ¶ 21).

**Expedited Hearing and Compliance**

The Court grants Plaintiffs' request for expedited consideration of this Motion and will set the hearing for the earliest available date. Defendants are ordered to begin rolling production of responsive documents and information immediately and not wait for the hearing date to comply with this Order.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS - 3

**IT IS SO ORDERED.**

Date: _____


_____

United States Magistrate Judge Allison Claire

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND FOR RULE 37 SANCTIONS - 4

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
MONICA CASTILLO (SBN 146154)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,<br><br>PLAINTIFF(S).<br>v.<br>Sacramento Housing and Redevelopment<br>Agency, et. al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-01699-DJC AC<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Sacramento _____, State of California, and not a party to the above-entitled cause. On **May 19** _____, 20 **25** _____, I served a true copy of [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843 _____

Executed on **May 19** _____, 20 **25** _____ at Sacramento _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____     _____
*Signature*                                           *Party Served*