EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
Monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL

Plaintiffs,

v.

SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,

Defendants.

No.: 2:22-cv-01699-TLN-AC

**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY 'S RESPONSE TO OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS RE PLAINTIFFS' RULE 60(B) MOTION FOR RELIEF**

## A. Plaintiffs' Objections Do Not Address Local Rule 230(j) Requirements and Should Not Be Considered

In addition to facts in Plaintiffs' motion, Plaintiffs' Objections to the Findings and Recommendations also fail to set forth new facts or circumstance which were not shown previously and fail to state why the facts or circumstance were not shown at the time of the prior motion. Plaintiffs' Objections to Magistrate Findings and Recommendations, Dkt. Text 77. As stated in Magistrate Judge Allison Claire's Findings and Recommendations, Plaintiffs' Motion

is nothing but an improper attempt to relitigate the underlying summary judgment motion. Findings and Recommendations, 3:1-3, Dkt. 111.

The Objections fail to address L.R. 230(j) and should not be considered.

Dated: May 23, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER**

By: Monica Castillo

EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendant,
SACRAMENTO HOUSING
AND REDEVELOPMENT AGENCY

**CERTIFICATE OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *May 23, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on May 23, 2025, at San Francisco, California.

Jasmine Carinio

**PROOF OF SERVICE**

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY'S RESPONSE TO OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS RE PLAINTIFFS' 60(B) MOTION FOR RELIEF**

☐: **PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐: **OVERNIGHT MAIL** - As follows: I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, indicating overnight delivery, with delivery fees provided for, on that same day, at San Francisco, California.

☒: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐: **BY ELECTRONIC TRANSMISSION** – By causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

Executed on May 23, 2025, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Jasmine Carinio

**SERVICE LIST**

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>1100 Howe Avenue<br>Apartment 126<br>Sacramento, CA 95825<br><br>davidsa@possiblymaybe.com | |