EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY,
LA SHELLE DOZIER, MARYLIZ PAULSON,
TORY LYNCH, TANYA CRUZ, TAMEKA
JACKSON, LISA MACIAS, TIFFANY BROWN,
and IBRA HENLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 DJC AC<br><br>**DEFENDANTS' NOTICE OF MOTION TO ENFORCE PARTIES' AGREEMENT TO SETTLE AND DISMISS INSTANT LAWSUIT**<br><br>*Assigned to Magistrate Allison Claire*<br><br>DATE:         June 25, 2025<br>TIME:         10:00 am<br>COURTROOM: 26 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY MADE that Defendants will and hereby do move the Court for an Order enforcing the agreement by the parties to settle this matter by a dismissal of all claims.

This motion is made pursuant to legal principles regarding enforcement of contracts on the grounds that the parties' agreement to settle and dismiss this case is an enforceable contract that was breached by Plaintiffs' later withdrawal of their offer.

1

1  This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the Declaration of Monica Castillo, the evidence concurrently filed herewith, and on all papers and pleadings on file herein, and on such other and further oral and/or documentary evidence as may be presented at or before the time of hearing on this Motion.

Dated: June 13, 2025

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: *Monica Castillo*
EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendants

## CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *June 13, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on June 13, 2025, at San Francisco, California.

_____
Jasmine Carinio