1  EDWARD P. GARSON (SBN 96786)
   Edward.Garson@WilsonElser.com
2  MONICA CASTILLO (SBN 146154)
   monica.Castillo@WilsonElser.com
3  **WILSON ELSER MOSKOWITZ**
   **EDELMAN & DICKER LLP**
4  655 Montgomery Street, Suite 900
5  San Francisco, CA 94111
   Telephone:   (415) 433-0990
6  Facsimile:   (415) 434-1370

7
   Attorneys for Defendants
8  SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY,
   LA SHELLE DOZIER, MARYLIZ PAULSON,
9  TORY LYNCH, TANYA CRUZ, TAMEKA
   JACKSON, LISA MACIAS, TIFFANY BROWN,
10 and IBRA HENLY

11

12                UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14 SYDNEY BROOKE ROBERTS and          No.: 2:22-cv-01699 DJC AC
   DAVID TYRONE SAMUEL
15                                     **DECLARATION OF MONICA CASTILLO IN**
16              Plaintiffs,            **SUPPORT OF DEFENDANTS' MOTION TO**
                                       **ENFORCE PARTIES' AGREEMENT TO**
17      v.                             **SETTLE AND DISMISS INSTANT LAWSUIT**

18 SACRAMENTO HOUSING AND
   REDEVELOPMENT AGENCY, et al.,       *Assigned to Magistrate Allison Claire*
19
              Defendants.             DATE:        June 25, 2025
20                                    TIME:           10:00 am
                                      COURTROOM: 26
21

22 I, Monica Castillo, declare:

23      1.  I am licensed to practice law in the State of California and am an attorney at

24 Wilson Elser Moskowitz Edelman and Dicker LLP, the law firm representing Defendants

25 SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, ("Defendants").

26      2.  I have personal knowledge of the facts set forth herein. If called to testify to

27 those matters herein, I could and would do so competently. I make this declaration in

28 support of Defendants' MOTION TO ENFORCE PARTIES' AGREEMENT TO SETTLE

1  AND DISMISS INSTANT LAWSUIT. Except as expressly stated, I have personal

2  knowledge of the facts set forth below and, if called as a witness, could and would testify

3  accurately to their veracity.

4       3.   On May 19, 2025, I emailed Plaintiffs to inform them that Defendants would be

5  noticing their depositions and proposed June 9, 2025, for Mr. Samuel's deposition and June

6  10, 2025, for Ms. Roberts' deposition. Attached as **Exhibit A** is a true and correct copy of

7  my May 19, 2025, email.

8       4.   The following day, May 20, 2025, Mr. Samuel responded to me that Plaintiffs

9  required a CART certified reporter for their depositions. Attached as **Exhibit B** is a true and

10 correct copy of Mr. Samuel's May 20, 2025, email.

11      5.   Finding a CART certified court reporter was difficult – my office made its best

12 effort and it was not until May 30, 2025, that such a reporter was located. On May 30, 2025,

13 I emailed Plaintiffs that a CART certified court reporter would be available for their

14 depositions, and asked for confirmation of the June 9 and June 10, 2025, deposition dates.

15 Deposition notices were prepared and were to be served on June 5, 2025, with the June 9,

16 2025 and June 10, 2025 deposition dates as discussed. Attached as **Exhibit C** is a true

17 and correct copy of my May 30, 2025, email.

18      6.   On June 3, 2025, I emailed Plaintiffs that certain SHRA employees were being

19 offered for deposition on Plaintiffs' requested deposition topics as follows:

20           •  MaryLiz Paulson, SHRA Director, on June 16, 2025;

21           •  Ilya Prozokov, SHRA employee, on June 17, 2025; and

22           •  Melaine Olson, SHRA employee, on June 11, 2025.

23 Party depositions would thus be completed prior to the June 25, 2025, close of discovery

24 pursuant to the April 18, 2024, Scheduling Order. Attached as **Exhibit D** is a true and

25 correct copy of my June 3, 2025, email.

26 ///

27 ///

28 ///

DECLARATION OF MONICA CASTILLO IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE PARTIES'
AGREEMENT TO SETTLE AND DISMISS INSTANT LAWSUIT
314762263v.1

7.   On Thursday, June 5, 2025, at about 10:26 a.m., in pro per Plaintiffs emailed me and offered a settlement of the instant matter including a "mutual walkaway" and dismissal of the action, and agreed to sign a dismissal reflecting certain terms. Attached as **Exhibit E** is a true and correct copy of Plaintiffs' June 5, 2025, email.

8.   Later that same day, at about 11:10 am, I emailed Plaintiffs that I had authorization to accept Plaintiffs' offer to settle and dismiss the instant matter on the grounds Plaintiffs set forth in their offer, informed Plaintiffs that I would prepare the Release and forward to them for their review and execution, and advised Plaintiffs of the usual practice that Plaintiffs notify the court as soon as possible that the parties had agreed to settle the matter. Attached as **Exhibit F** is a true and correct copy of my June 5, 2025, email.

9.   As  a result of the parties' written offer and acceptance to settle and dismiss the instant matter, the notices for Plaintiffs' depositions were not served.

10. I informed my clients the matter was settled and would be dismissed, and that SHRA employees' depositions were not going forward.

11. On June 10, 2025, I emailed Plaintiffs with a proposed Settlement and Release Agreement ("Agreement")  for their review and execution. The Agreement encapsulated Plaintiffs' previously requested terms and included a confidentiality term. Attached as **Exhibit G** is a true and correct copy of my June 10, 2025, email.

12. Shortly thereafter that same day, Plaintiffs emailed me that the settlement offer was withdrawn. Additionally, Plaintiff Samuel stated he wanted to move forward with his deposition that same day (his deposition was to have taken place on June 9, 2025, not June 10, 2025), and that the SHRA employees' depositions dates were offered with "too little prior notice" and that 30 days would be need for these depositions. Attached as **Exhibit H** is a true and correct copy of Plaintiffs' June 10, 2025, email.

13. On June 11, 2025, I emailed Plaintiffs that Defendants would be filing the instant motion, that Plaintiffs' email to go forward with Plaintiffs' depositions came too late, and requested confirmation that the amply noticed June 16, 2025 and June 17, 2025,

DECLARATION OF MONICA CASTILLO IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE PARTIES' AGREEMENT TO SETTLE AND DISMISS INSTANT LAWSUIT

314762263v.1

depositions of SHRA employees would go forward. Attached as **Exhibit I** is a true and correct copy of my June 11, 2025, email.

14. Later that same day, Plaintiffs emailed me to state their claim of the absence of any binding agreement  to settle pursuant to FRCP 41(a)(1)(A)(ii), that Plaintiffs did not agree to certain terms within the proposed Agreement, that Defendants "failed to provide the requested availability (of SHRA employees) in advance" and that Plaintiffs were prepared to appear for depositions on the dates noticed but that Defendants cancelled them based on the settlement. Attached as **Exhibit J** is a true and correct copy of Plaintiffs' June 11, 2025, email.

15. Defendants had no choice but to file the instant motion to enforce the agreement to settle and dismissal of  this matter.


I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed in San Francisco, California, on this June 13, 2025

_____
                    Monica Castillo

# EXHIBIT A

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Monday, May 19, 2025 3:13 PM |
| **To:** | davidsa@possiblymaybe.com; home@possiblymaybe.com |
| **Cc:** | Castillo, Monica; Mistry, Chandni; Touson, Geraldine; Carinio, Jasmine |
| **Subject:** | Roberts v. SHRA; Plaintiffs' depositions |
| | |
| **Importance:** | High |

Mr. Samuel and Ms. Roberts:

We will be noticing and taking each of your depositions.

We propose June 9, 2025, for Mr. Samuel and June 10, 2025, for Ms. Roberts. These will be via Zoom.

Please advise if available.

Thank you,

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

**EXHIBIT B**

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | David Samuel <davidsa@possiblymaybe.com> |
| **Sent:** | Tuesday, May 20, 2025 8:00 AM |
| **To:** | Castillo, Monica; Garson, Edward; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Subject:** | Re: Roberts v. SHRA; Plaintiffs' depositions |

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

Thank you for your message. We have a concern regarding the accessibility of depositions conducted solely via Zoom's automatic transcription, which in our experience is not reliable for real-time communication. As pro se litigants with hearing and communication disabilities, we require *effective* real-time text transcription to participate fully in the deposition, as required by the ADA and federal court policy.

We would be able to participate via Zoom **if** a certified CART (Communication Access Realtime Translation) provider is present and integrated into the deposition. If your court reporting service can provide this, please confirm. Alternatively, if you are able to recommend or provide another platform that is both accessible to us and supports certified CART, we are open to suggestions.

If a professional CART service cannot be arranged for a remote deposition, we may need to discuss alternative arrangements, including in-person depositions with appropriate accommodations.

Please let us know how you intend to proceed regarding CART or comparable transcription services. We look forward to your response so we can confirm scheduling.

Best Regards,

David


On Mon, May 19, 2025 at 3:12 PM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

Mr. Samuel and Ms. Roberts:


We will be noticing and taking each of your depositions.


We propose June 9, 2025, for Mr. Samuel and June 10, 2025, for Ms. Roberts. These will be via Zoom.

1

Please advise if available.



Thank you,



Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com




IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

# EXHIBIT C

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Friday, May 30, 2025 11:23 AM |
| **To:** | David Samuel; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Cc:** | Castillo, Monica; Carinio, Jasmine |
| **Subject:** | RE: Roberts v. SHRA; Plaintiffs' depositions |

Mr. Samuel and Ms. Roberts:

We have confirmation that the court report is a CART-certified court reporter.
Please confirm if June 9 and 10 work so we may confirm with the court reporter.

Thank you,

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com


**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Tuesday, May 20, 2025 8:00 AM
**To:** Castillo, Monica <Monica.Castillo@wilsonelser.com>; Garson, Edward <Edward.Garson@wilsonelser.com>; Maddy,
David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Re: Roberts v. SHRA; Plaintiffs' depositions

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

Thank you for your message. We have a concern regarding the accessibility of depositions conducted
solely via Zoom's automatic transcription, which in our experience is not reliable for real-time
communication. As pro se litigants with hearing and communication disabilities, we require *effective*
real-time text transcription to participate fully in the deposition, as required by the ADA and federal court
policy.

We would be able to participate via Zoom **if** a certified CART (Communication Access Realtime
Translation) provider is present and integrated into the deposition. If your court reporting service can
provide this, please confirm. Alternatively, if you are able to recommend or provide another platform that
is both accessible to us and supports certified CART, we are open to suggestions.

If a professional CART service cannot be arranged for a remote deposition, we may need to discuss
alternative arrangements, including in-person depositions with appropriate accommodations.

1

Please let us know how you intend to proceed regarding CART or comparable transcription services. We look forward to your response so we can confirm scheduling.

Best Regards,

David


On Mon, May 19, 2025 at 3:12 PM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

Mr. Samuel and Ms. Roberts:


We will be noticing and taking each of your depositions.


We propose June 9, 2025, for Mr. Samuel and June 10, 2025,  for Ms. Roberts. These will be via Zoom.


Please advise if available.


Thank you,


Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com



IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions

2

you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

# EXHIBIT D

**Carinio, Jasmine**

---

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Tuesday, June 3, 2025 9:39 AM |
| **To:** | David Samuel |
| **Cc:** | Castillo, Monica |
| **Subject:** | Roberts; identification of SHRA persons most knowledgeable for depositions |

Mr. Samuel and Ms. Roberts:

Regrading the requested topics for persons most knowledgeable depositions, SHRA identifies MaryLiz Paulson as the person who will testify on the topics of
Geographic and Demographic Distribution of Voucher Outcomes, Market data/Contractors, Covid-era lobby and service closures, Phone system,
Internal training & policy updates and Data Collection and Retention Policy Updates.
Ms. Paulson is currently available on **June 16, 2025, from 11 am – 1 pm then 2 pm to 5 pm**.  She has availability on other days, but it is limited. Please **advise asap** regarding this date.

As to Voucher Processing and Approval Timelines, SHRA has identified Ilya Prozorov
As to Reasonable Accommodation Process and Outcomes, SHRA has identified Melanie Olson.
We will soon provide availability for their respective depositions.


Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

# EXHIBIT E

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | David Samuel <davidsa@possiblymaybe.com> |
| **Sent:** | Thursday, June 5, 2025 10:26 AM |
| **To:** | Garson, Edward; Castillo, Monica; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Subject:** | Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

# EXHIBIT F

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Thursday, June 5, 2025 11:10 AM |
| **To:** | David Samuel; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Cc:** | Garson, Edward; Castillo, Monica; Carinio, Jasmine |
| **Subject:** | RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |

Mr. Samuel and Ms. Roberts:

We have authorization to accept your offer to settle and dismiss this case on the grounds you set forth in your email, below.

We will prepare the Release and forward to you for review and execution.

The usual course is that Plaintiffs notify the court, as soon as possible, that the parties have agreed to settle the matter without mentioning to the court the terms of the settlement agreement. Please confirm that you will notify the court.

Thank you,
Monica

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Thursday, June 5, 2025 10:26 AM
**To:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

# EXHIBIT G

**Carinio, Jasmine**

---

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Tuesday, June 10, 2025 7:30 AM |
| **To:** | David Samuel; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Cc:** | Castillo, Monica |
| **Subject:** | RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |
| **Attachments:** | SETTLEMENT AND RELEASE AGREEMENT(314441657.1).doc; SETTLEMENT AND RELEASE AGREEMENT(314552837.1).rtf |

Ms. Roberts and Mr. Samuel:

Attached is the Settlement and Release Agreement (in Word and .rtf formats for ease of accessibility) for your review and execution.

Thank you,

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com


**From:** Castillo, Monica
**Sent:** Thursday, June 5, 2025 11:10 AM
**To:** David Samuel <davidsa@possiblymaybe.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Cc:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

Mr. Samuel and Ms. Roberts:

We have authorization to accept your offer to settle and dismiss this case on the grounds you set forth in your email, below.

We will prepare the Release and forward to you for review and execution.

The usual course is that Plaintiffs notify the court, as soon as possible, that the parties have agreed to settle the matter without mentioning to the court the terms of the settlement agreement. Please confirm that you will notify the court.

Thank you,
Monica

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Thursday, June 5, 2025 10:26 AM
**To:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

**EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

# EXHIBIT H

**Carinio, Jasmine**

---

| | |
|---|---|
| **From:** | David Samuel <davidsa@possiblymaybe.com> |
| **Sent:** | Tuesday, June 10, 2025 7:52 AM |
| **To:** | Castillo, Monica |
| **Subject:** | Re: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |

---

<div style="border:1px solid black; padding:5px;">

**EXTERNAL EMAIL** This email originated from outside the organization.

</div>

Counsel:

After some consideration, we are withdrawing our offer under these terms.

I am prepared to move forward with the deposition today, but haven't received a zoom link yet.

The offered deposition dates for the SHRA subject matter experts are offered with too little prior notice, we would need at least 30 days to make the necessary arrangements.

Best Regards,

David

On Tue, Jun 10, 2025 at 7:30 AM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

  Ms. Roberts and Mr. Samuel:


  Attached is the Settlement and Release Agreement (in Word and .rtf formats for ease of accessibility) for your review and execution.


  Thank you,


  Monica Castillo
  Attorney at Law
  Wilson Elser Moskowitz Edelman & Dicker LLP
  655 Montgomery St., Ste. 900
  San Francisco, CA 94111
  415.625.9372 (Direct)
  415.433.0990 (Main)
  monica.castillo@wilsonelser.com

**From:** Castillo, Monica
**Sent:** Thursday, June 5, 2025 11:10 AM
**To:** David Samuel <davidsa@possiblymaybe.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Cc:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

Mr. Samuel and Ms. Roberts:

We have authorization to accept your offer to settle and dismiss this case on the grounds you set forth in your email, below.

We will prepare the Release and forward to you for review and execution.

The usual course is that Plaintiffs notify the court, as soon as possible, that the parties have agreed to settle the matter without mentioning to the court the terms of the settlement agreement. Please confirm that you will notify the court.

Thank you,

Monica

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Thursday, June 5, 2025 10:26 AM

**To:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

> **EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

# EXHIBIT I

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | Castillo, Monica |
| **Sent:** | Wednesday, June 11, 2025 11:36 AM |
| **To:** | David Samuel |
| **Cc:** | Castillo, Monica; Carinio, Jasmine |
| **Subject:** | RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |
| | |
| **Importance:** | High |

Mr. Samuel and Ms. Roberts:

This is not only disappointing but is a breach of our agreement to settle this mater and dismiss the case. We will be filing a motion to enforce our agreement to settle.

Your email came one day after the date we noticed for your deposition and the same day of the noticed deposition for Ms. Roberts, certainly too late to have these go forward.

As for the depositions of SHRA employees, we provided ample time for you to take their depositions on the dates we provided.
Please advise if these will go forward as offered:

- June 16, 2025,  - MaryLiz Paulson
- June 17, 2025 – Ilya Prozorov

We will have to find a new date for Melanie Olson, who was offered for today, June 11, 2025.


Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com



**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Tuesday, June 10, 2025 7:52 AM
**To:** Castillo, Monica <Monica.Castillo@wilsonelser.com>
**Subject:** Re: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

| |
|---|
| **EXTERNAL EMAIL** This email originated from outside the organization. |

Counsel:

After some consideration, we are withdrawing our offer under these terms.

I am prepared to move forward with the deposition today, but haven't received a zoom link yet.

The offered deposition dates for the SHRA subject matter experts are offered with too little prior notice, we would need at least 30 days to make the necessary arrangements.

Best Regards,

David

On Tue, Jun 10, 2025 at 7:30 AM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

Ms. Roberts and Mr. Samuel:


Attached is the Settlement and Release Agreement (in Word and .rtf formats for ease of accessibility) for your review and execution.


Thank you,


Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

---

**From:** Castillo, Monica
**Sent:** Thursday, June 5, 2025 11:10 AM
**To:** David Samuel <davidsa@possiblymaybe.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Cc:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC


Mr. Samuel and Ms. Roberts:

We have authorization to accept your offer to settle and dismiss this case on the grounds you set forth in your email, below.

We will prepare the Release and forward to you for review and execution.

The usual course is that Plaintiffs notify the court, as soon as possible, that the parties have agreed to settle the matter without mentioning to the court the terms of the settlement agreement. Please confirm that you will notify the court.

Thank you,

Monica

Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

---

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Thursday, June 5, 2025 10:26 AM
**To:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

**EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

# EXHIBIT J

**Carinio, Jasmine**

| | |
|---|---|
| **From:** | David Samuel <davidsa@possiblymaybe.com> |
| **Sent:** | Wednesday, June 11, 2025 11:55 AM |
| **To:** | Castillo, Monica; Garson, Edward; Maddy, David and Artemis Samuel; Barbara McGarvey |
| **Subject:** | Re: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC |

---

**EXTERNAL EMAIL** This email originated from outside the organization.

Counsel:

We acknowledge receipt of your June 11, 2025 correspondence.

Absence of Binding Agreement; Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 160
Plaintiffs reiterate that there is no enforceable settlement agreement under either Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or Eastern District Local Rule 160. Defendants unilaterally introduced material terms—including a non-disclosure agreement, non-disparagement provisions, and other substantive restrictions—that were never accepted by Plaintiffs and were never incorporated into a fully executed written agreement. Plaintiffs have not stipulated to dismissal, nor have all essential terms been agreed upon or formalized. Plaintiffs will oppose any motion to enforce an alleged settlement on both factual and legal grounds.

Depositions of SHRA Employees; Fed. R. Civ. P. 30(b)(1) and 26(g)
Plaintiffs are not willing to proceed with the depositions of MaryLiz Paulson or Ilya Prozorov as currently noticed. Defendants failed to provide the requested availability of these witnesses in advance, contrary to the cooperation required by Fed. R. Civ. P. 26(g), resulting in inadequate and prejudicial notice under Fed. R. Civ. P. 30(b)(1). Plaintiffs are not responsible for Defendants' refusal to coordinate scheduling in good faith.

Plaintiff Depositions; Rule 30
The depositions of Mr. Samuel and Ms. Roberts were properly noticed by Defendants pursuant to Fed. R. Civ. P. 30. Plaintiffs were available and prepared to appear on the dates noticed. Defendants unilaterally cancelled those depositions based solely on their assumption that a settlement would occur. Any resulting failure to complete those depositions is attributable to Defendants, not Plaintiffs.

Discovery and Public Advocacy; Fed. R. Civ. P. 26 and First Amendment
For avoidance of doubt, Plaintiffs will not agree to any terms limiting their right to public advocacy or publication of the facts and procedural history of this matter. Any attempt to condition settlement on a non-disparagement or non-disclosure provision is incompatible with Plaintiffs' First Amendment rights and public interest in transparency.

Outstanding Discovery; Rules 26, 34, and 37
Defendants' production remains deficient in violation of Fed. R. Civ. P. 26 and 34, including failure to produce the full administrative case file, Reasonable Accommodation Committee records, and all responsive internal communications. Plaintiffs reserve all rights under Fed. R. Civ. P. 37 to seek appropriate relief, including sanctions and further judicial intervention.

Procedural Notice and Preservation of Rights
If Defendants intend to pursue a motion to enforce a purported settlement, Plaintiffs demand that you identify with specificity all communications, drafts, and purported agreements upon which you rely, and comply fully with all notice and service requirements under the Local Rules and the Federal Rules of Civil Procedure. Plaintiffs expressly reserve all procedural and substantive rights in this matter.

Best Regards,

David

On Wed, Jun 11, 2025 at 11:36 AM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

Mr. Samuel and Ms. Roberts:


This is not only disappointing but is a breach of our agreement to settle this mater and dismiss the case. We will be filing a motion to enforce our agreement to settle.


Your email came one day after the date we noticed for your deposition and the same day of the noticed deposition for Ms. Roberts, certainly too late to have these go forward.


As for the depositions of SHRA employees, we provided ample time for you to take their depositions on the dates we provided.

Please advise if these will go forward as offered:


- June 16, 2025,  - MaryLiz Paulson
- June 17, 2025 – Ilya Prozorov


We will have to find a new date for Melanie Olson, who was offered for today, June 11, 2025.



Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com



**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Tuesday, June 10, 2025 7:52 AM

**To:** Castillo, Monica <Monica.Castillo@wilsonelser.com>
**Subject:** Re: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

---

**EXTERNAL EMAIL** This email originated from outside the organization.

---

Counsel:

After some consideration, we are withdrawing our offer under these terms.

I am prepared to move forward with the deposition today, but haven't received a zoom link yet.

The offered deposition dates for the SHRA subject matter experts are offered with too little prior notice, we would need at least 30 days to make the necessary arrangements.

Best Regards,

David

On Tue, Jun 10, 2025 at 7:30 AM Castillo, Monica <Monica.Castillo@wilsonelser.com> wrote:

> Ms. Roberts and Mr. Samuel:
>
> Attached is the Settlement and Release Agreement (in Word and .rtf formats for ease of accessibility) for your review and execution.
>
> Thank you,
>
> Monica Castillo
> Attorney at Law

3

Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

---

**From:** Castillo, Monica
**Sent:** Thursday, June 5, 2025 11:10 AM
**To:** David Samuel <davidsa@possiblymaybe.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Cc:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** RE: Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC


Mr. Samuel and Ms. Roberts:


We have authorization to accept your offer to settle and dismiss this case on the grounds you set forth in your email, below.


We will prepare the Release and forward to you for review and execution.


The usual course is that Plaintiffs notify the court, as soon as possible, that the parties have agreed to settle the matter without mentioning to the court the terms of the settlement agreement. Please confirm that you will notify the court.


Thank you,

Monica


Monica Castillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111

415.625.9372 (Direct)
415.433.0990 (Main)
monica.castillo@wilsonelser.com

---

**From:** David Samuel <davidsa@possiblymaybe.com>
**Sent:** Thursday, June 5, 2025 10:26 AM
**To:** Garson, Edward <Edward.Garson@wilsonelser.com>; Castillo, Monica <Monica.Castillo@wilsonelser.com>; Maddy, David and Artemis Samuel <home@possiblymaybe.com>; Barbara McGarvey <sea@possiblymaybe.com>
**Subject:** Proposed Mutual Dismissal and Closure – Roberts et al. v. SHRA et al., 2:22-cv-01699-DJC-AC

---

| EXTERNAL EMAIL This email originated from outside the organization. |
| --- |

Counsel:

In light of the current status of the case, including the pending motions and the likelihood that some claims will proceed to trial while others may be resolved by summary judgment, Plaintiffs are willing to consider a global resolution to avoid further litigation burden for both parties.

Plaintiffs propose a mutual walkaway and closure of this action on the following terms:

- Dismissal of all claims with prejudice;
- Each side to bear its own fees and costs;
- Mutual release of all claims arising out of the facts and events at issue in this litigation;
- No further pursuit of sanctions or adverse actions by either party;
- Agreement that no party will pursue or permit any form of retaliation as a result of this lawsuit or its resolution.

If Defendants are amenable, we are prepared to sign a stipulated dismissal reflecting these terms. Please advise whether you are interested in resolving this matter accordingly, or if you wish to discuss modifications.

Thank you for your consideration.

Best Regards,

David Samuel
Sydney Roberts

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

4

     I certify that on *June 13, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

5

6

7

     Executed on June 13, 2025, at San Francisco, California.

8

_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF MONICA CASTILLO IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE PARTIES'
AGREEMENT TO SETTLE AND DISMISS INSTANT LAWSUIT

314762263v.1