UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No. 2:22-cv-01699-DJC-AC<br><br><br>ORDER |

    Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On May 19, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. (ECF No. 111.) On May 20, 2025, Plaintiffs filed objections to the findings and recommendations. (ECF No. 114.) Defendants filed a response to the objections (ECF No. 115) and Plaintiffs filed a reply to the response (ECF No. 117).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis. The Court previously conducted an appropriate review of the prior Findings and Recommendations granting Summary Judgment when it adopted those recommendations. (*See* ECF Nos. 76, 79.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 19, 2025, (ECF No. 111) are adopted in full;

2. Plaintiffs' motion for relief from judgment (ECF No. 101) is DENIED; and

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **July 8, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE