EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
Monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY,
LA SHELLE DOZIER, MARYLIZ PAULSON,
TORY LYNCH, TANYA CRUZ, TAMEKA
JACKSON, LISA MACIAS, TIFFANY BROWN,
and IBRA HENLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.. <br><br> Defendants. | No.: 2:22-cv-01699 DJC AC <br><br> **DEFENDANTS' EXPERT DISCLOSURE** <br><br> **FRCP 26(a)(2)** |

Defendants hereby disclose the following experts pursuant to F.R.C.P. Rule 26(a)(2);

**Percipient Experts**

1.  MaryLiz Paulson – Ms. Paulson is expected to testify about the Housing Choice Voucher program at Defendant Sacramento Housing and Rehabilitation Agency (SHRA). Ms. Paulson is further expected to testify regarding , the program's policies,

DEFENDANTS' EXPERT DISCLOSURE
314663519v.1

guidelines and procedures and SHRA's compliance with federal statutes and HUD guidelines. Ms. Paulson is expected to testify regarding the actions of SHRA's Reasonable Accommodation Compliance Committee and its decision-making regarding Plaintiffs' reasonable accommodation requests. Ms. Paulson is also expected to testify regarding Defendants' internal processes and training on reasonable accommodations request, hearing requests and hearing access, the geographic and demographic distribution of housing vouchers, Covid-era lobby and services closures, and data collection and retention policies. Ms. Paulson is further expected to testify regrading the reasonable accommodation requests made by Plaintiffs, Defendants' responses and actions taken by Defendants and Defendants' subsidy payments regarding Plaintiffs' housing vouchers. Ms. Paulson is expected to testify regarding Defendants' housing contract with Sacramento Self Help Housing and the role of the Property Related Tenant Services (PRTS) vendor as it related to coordination with SHRA. Ms. Paulson is expected to testify that Defendants did not refuse and/or did not unreasonably refuse Plaintiff's reasonable accommodation requests. Ms. Paulson is expected to testify regarding the July 15, 2022, denial letter issued by Defendants regarding Plaintiffs' reasonable accommodation request of an extra bedroom. Ms. Paulson is expected to testify that Defendants gave proper notice of the September 12, 2022, hearing and the procedural rules. Ms. Paulson is further expected to testify regarding Defendant SHRA's letter to Plaintiffs, dated March 20, 2023, granting Plaintiffs' request for reasonable accommodations for one additional bedroom.

2. Ilya Prozorov – Mr. Prozorov is expected to testify regarding Defendants' processing of housing vouchers, including Plaintiffs' vouchers, and approval timelines for housing vouchers.

3. Tanya Cruz - Ms. Cruz is expected to testify regarding the informal hearing of September 12, 2022, as Defendant SHRA's representative at the hearing.

DEFENDANTS' EXPERT DISCLOSURE

314663519v.1

4. Jonathan Lew - Mr. Lew is expected to testify regarding his role at the informal hearing on September 12, 2022, as the then-hearing officer. Mr. Lew is expected to testify regarding the video recording of the September 12, 2022, informal hearing and Defendants' hearing brief and supporting exhibits for the informal hearing on September 12, 2022.

5. Melanie Olson – Ms. Olson is expected to testify regarding Defendants' reasonable accommodation process and the outcome of the process, particularly in Plaintiffs' case.

Defendants reserve the right to designate rebuttal percipient experts.

**RULE 26 EXPERTS**

Defendants reserve the right to designate Rule 26 rebuttal experts.

Dated:  July 10, 2025

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:  _Monica Castillo_
EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendants

3
DEFENDANTS' EXPERT DISCLOSURE

314663519v.1

## CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *July 10, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on July 10, 2025, at San Francisco, California.

_____
Geraldine Touson

4
DEFENDANTS' EXPERT DISCLOSURE

314663519v.1