EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants SACRAMENTO
HOUSING AND REDEVELOPMENT AGENCY,
LA SHELLE DOZIER, MARYLIZ PAULSON,
TORY LYNCH, TANYA CRUZ, TAMEKA
JACKSON, LISA MACIAS, TIFFANY BROWN,
and IBRA HENLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 DJC AC<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date: October 15, 2025<br>Time: 10:00 a.m.<br>Hon. Magistrate Judge Allison Claire |

Defendants, SACRAMENTO  HOUSING AND REDEVELOPMENT AGENCY, LA SHELLE DOZIER, MARYLIZ PAULSON, TORY LYNCH, TANYA CRUZ, TAMEKA JACKSON, LISA MACIAS, TIFFANY BROWN, and IBRA HENLY, hereby object to Plaintiffs' Motion for Leave to File Fourth Amended Complaint on the following grounds:

A. **Defendants Will Be Prejudiced By New Authority in Proposed Fourth Amended Complaint**

Plaintiffs argue in the instant motion that the proposed Fourth Amended Complaint

**1**

DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT
296402328v.1

claims to "streamline counts" (See, Plaintiffs' Motion for Leave to File 4th AC, 5:24) and "conform the complaint" (See, Plaintiffs' Motion for Leave to File 4th AC, 4:7). However, the proposed Fourth Amended Complaint introduces new authority for the claims – it neither streamlines nor conforms the complaint to developments. Defendants have not conducted discovery based on these new statutory provisions alleged in the proposed Fourth Amended Complaint, including:

- 42 USC § 3604(f)(3)(B);
- 42 USC § 12132;
- 28 CFR § 335.130(b)(7);
- 28 CFR § 35.160;
- 29 USC § 794a(b) (this section is regarding employment)
- California Government Code § 12955;
- 2 CFR § 12176;
- 2 CFR § 12179; and
- American with Disabilities Act, DA Title II § 504.

On September 2, 2025, (Dkt. 136) this Court closed fact discovery. If Plaintiffs are allowed leave to file their proposed Fourth Amended Complaint, Defendants will be highly prejudiced in not having the opportunity to conduct discovery based on the statutory provisions alleged in the proposed pleading.

## B. AIMS and DAYS Terminated as Plaintiffs

Plaintiffs' proposed Fourth Amended Complaint identifies minors AIMS and DAYS as Plaintiffs. On August 14, 2024, (Dkt. 64), this Court terminated AIMS and DAYS as Plaintiffs in this matter. It is improper for Plaintiffs to attempt to resuscitate AIMS and DAYS by inserting them as plaintiffs in the proposed fourth amended complaint. If this court is inclined to grant the instant motion, it should only grant as to Plaintiffs Roberts and Plaintiff Samuels and deny as to AIMS and DAYS.

///

///

C. <u>Conclusion</u>

For the reasons set forth above, this court should deny Plaintiffs' Motion for Leave to File a Fourth Amended Complaint.

Dated:  September 22, 2025

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendants

DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT
296402328v.1

## PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco, CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA 95673<br>**In Pro Per Plaintiffs**<br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br>maddy@possiblymaybe.com<br><br>T: (512) 522-8571 | |

Executed on September 22, 2025, in San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Geraldine Touson

DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT
296402328v.1

## CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *September 22, 2025,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on September 22, 2025, at San Francisco, California.

_____
Geraldine Touson

DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT
296402328v.1