UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL, | No.  2:22-cv-1699 DJC AC |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action pro se.  Pre-trial proceedings are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  Before the court is plaintiffs' motion for leave to file a Fourth Amended Complaint.  ECF No. 139.  Defendants oppose the motion.  ECF No. 141.  Also before the court are the parties' separate status reports addressing the scheduling of this case.  ECF No. 143, 144.  For the reasons that follow, plaintiffs' motion to file a Fourth Amended Complaint is DENIED, and a schedule is set for the remainder of this case.

## I.      Motion to Amend

Plaintiffs may amend a complaint once, without leave of court, up to 21 days after a defendant answers.  FRCP 15(a)(1).  After that, "a party may amend its pleading only with the opposing party's written consent or with leave of court.  The court should freely give leave when justice so requires."  FRCP 15(a)(2).  "Four factors are commonly used to determine the propriety

1

of a motion for leave to amend. These are: [1] bad faith, [2] undue delay, [3] prejudice to the opposing party, and [4] futility of amendment." DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987).

This case was initiated over three years ago, on September 27, 2022.  ECF No. 1. Plaintiffs were allowed multiple opportunities to amend, and the operative Third Amended Complaint was filed on November 15, 2022.  ECF No. 11.  This case has been through multiple dispositive motions that have narrowed the claims and parties.  ECF Nos. 60, 64 (terminating minor plaintiffs and a defendant from the case), 76, 79 (denying plaintiffs' motion for summary judgment).  Fact discovery has closed.  ECF No. 58.  Plaintiffs argue that they should be permitted to file a Fourth Amended Complaint at this late juncture because "material agency events occurred and entered this case's merit's analysis," citing actions taken between 2023 and February of 2024.  ECF No. 139.  Plaintiffs assert that amendment will streamline adjudication and promote efficiency.  Id.  Plaintiffs attach the proposed 45-page Fourth Amended Complaint. ECF No 139-1.

Leave to amend is denied for several reasons.  First, there was undue delay in presenting this motion.  The events plaintiffs seek to include happened no later than February of 2024, more than 19 months before the motion to amend was filed.  Second, the proposed Fourth Amended Complaint contains futile components, such as seeking to reinstate litigants who have properly been dismissed.  See, e.g., ECF No. 139-1 at 5 (purportedly reinstating dismissed minor plaintiffs).  Third, allowing amendment at this late juncture would prejudice the defendants, who oppose amendment.  Defendants correctly point out that fact discovery is closed, and the court agrees that based on a review of the progression of this case, allowing amendment now would be unduly prejudicial.  Accordingly, plaintiffs' request for leave to file a Fourth Amended Complaint (ECF No. 139) is DENIED.

## II.    Case Schedule

On September 2, 2025, the undersigned ordered the parties to submit a joint status report proposing new deadlines for expert discovery, dispositive motions, pre-trial conference, and trial by October 1, 2025.  ECF No. 136.  Rather than filing a joint report, the parties each filed

separate status reports. ECF No. 143, 144. The court has considered both reports, and sets the following deadlines:

1.    Initial expert disclosures shall be made on or before February 25, 2026; rebuttal expert disclosures shall be made on or before March 25, 2026.

2.    All law and motion, except as to discovery, which is closed, shall be completed on or before April 6, 2026.

3.    The final pretrial conference is set before District Daniel J. Calabretta on June 18, 2026, at 1:30 p.m., via videoconference. Pretrial statements shall be filed in accordance with Local Rules 281 and 282.

4.    A jury trial is set to commence before District Judge Daniel J. Calabretta on September 21, 2026, at 8:30 a.m., in Courtroom No. 7.

### III.    Conclusion

Plaintiffs' motion to file a Fourth Amended Complaint (ECF No. 139) is DENIED. Initial expert disclosure are due February 25, 2026. Rebuttal Expert Disclosures are due March 25, 2026. The deadline for law and motion is April 6, 2026. A final pre-trial conference is set before District Judge Calabretta on June 18, 2026. A jury trial is set to commence before Judge Calabretta on September 21, 2026.

IT IS SO ORDERED.

DATED: January 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3