EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 DJC AC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS**<br><br>Assigned to Magistrate Allison Claire<br>Date: March 25, 2026<br>Time: 10:00 a.m.<br>Courtroom: 26 |

**TO THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Evidence R.201, Defendants request that the Court take judicial notice of the following adjudicative facts, as follows:

1. On November 15, 2022, Plaintiffs filed their TAC (See Third Amended Complaint, Attached Hereto as **Exhibit A**; Dkt # 11.) .

///

///

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

2. On or about December 4, 2023, Defendants filed their  Answer to the TAC. They denied each allegation of the TAC (See Answer to Third Amended Complaint, Attached Hereto as **Exhibit B**; Dkt #  49.)

3. On August 14, 2024, this Court terminated AIMS and DAYS as Plaintiffs in this matter (See 8/14/2024 Order, Attached hereto as **Exhibit C**; Dkt. 64.)

4. On March 6, 2025, Defendants filed their Motion For Summary Judgment (See Defendants' Notice of Motion for Summary Judgment or Summary Adjudication, Attached hereto as **Exhibit D**; Dkt. 83.)

5. On April 9, 2025, Plaintiffs filed their Motion to Withdraw Deemed Admissions (See Motion to Withdraw Admissions, Attached hereto as **Exhibit E**; Dkt. 88.)

6. On or about May 15, 2025, the Court issued its Minuet Order regarding Plaintiffs' Motion to Withdraw Admissions and Defendants' Summary Judgment Motion (See 5/15/2025 Minute Order, Attached hereto as **Exhibit F**.)

Dated:  February 23, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: _Monica Castillo_

EDWARD P. GARSON
MONICA CASTILLO
Attorneys for Defendants
SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.

2

## PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS


I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

### REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS

☒:    **BY MAIL** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒:    **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA  95673<br><br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br>maddy@possiblymaybe.com<br><br>T: (512) 522-8571 | Plaintiffs, Pro Per |

Executed on February 23, 2026, in San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Jasmine Carinio

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

## CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *February 23, 2026,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on February 23, 2026, in San Francisco, California.

_____
Jasmine Carinio

4

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1