EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
ALEXANDER CHEUNG (SBN 297720)
Alexander.Cheung@WilsonElser.com
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants SACRAMENTO
HOUSING AND REDEVELOPMENT AGENCY,
LA SHELLE DOZIER, MARYLIZ PAULSON,
TORY LYNCH, TANYA CRUZ, TAMEKA
JACKSON, LISA MACIAS, TIFFANY BROWN,
and IBRA HENLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 TLN AC PS<br><br>**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Fourth Am.Comp. Filed: April 25, 2023 |

COMES NOW, Defendants SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ("SHRA"); LA SHELLE DOZIER, MARYLIZ PAULSON, TORY LYNCH, TANYA CRUZ, TAMEKA JACKSON, LISA MACIAS, TIFFANY BROWN, and IBRA HENLY, collectively ("Defendants"), by and through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, hereby answer the Third Amended Complaint ("TAC") of Plaintiff SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL (hereinafter "Plaintiffs"), as follows:

///

1

## I.) INTRODUCTION

1. In response to Paragraph 1 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

2. In response to Paragraph 2 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

3. In response to Paragraph 3 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

4. In response to Paragraph 4 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

5. In response to Paragraph 5 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

6. In response to Paragraph 6 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

7. In response to Paragraph 7 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are

2

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)
290246291v.1

without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

8. In response to Paragraph 8 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

9. In response to Paragraph 9 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

## II.) JURISDICTION AND VENUE

10. In response to Paragraph 10 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

11. In response to Paragraph 11 of the TAC, Defendants are not required to answer legal conclusions and argument, but admit to the extent this action was originally filed in the Eastern District of California, United States District Court, and deny each and every remaining allegation on the basis that they are legal conclusions and argument for which no response is required.

## III.) PARTIES

12. In response to Paragraph 12 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

13. In response to Paragraph 13 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS) 290246291v.1

14. In response to Paragraph 14 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

15. In response to Paragraph 15 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

16. In response to Paragraph 16 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

17. In response to Paragraph 17 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

18. In response to Paragraph 18 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

19. In response to Paragraph 19 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

20. In response to Paragraph 20 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

21. In response to Paragraph 21 of the TAC, Defendants assert that the

allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

22. In response to Paragraph 22 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

23. In response to Paragraph 23 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

24. In response to Paragraph 24 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

25. In response to Paragraph 25 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

26. In response to Paragraph 26 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

27. In response to Paragraph 27 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

28. In response to Paragraph 28 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

29. In response to Paragraph 29 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

30. In response to Paragraph 30 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no

response is required, and on that basis, deny each and every remaining allegation.

31. In response to Paragraph 31 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

32. In response to Paragraph 32 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

33. In response to Paragraph 33 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

34. In response to Paragraph 34 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

35. In response to Paragraph 35 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

36. In response to Paragraph 36 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

37. In response to Paragraph 37 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

38. In response to Paragraph 38 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

39. In response to Paragraph 39 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)**
290246291v.1

40. In response to Paragraph 40 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

41. In response to Paragraph 41 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

42. In response to Paragraph 42 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

43. In response to Paragraph 43 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

44. In response to Paragraph 44 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

45. In response to Paragraph 45 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required, and on that basis, deny each and every remaining allegation.

46. In response to Paragraph 46 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

47. In response to Paragraph 47 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are

without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

48. In response to Paragraph 48 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

49. In response to Paragraph 49 of the TAC, Defendants admit La Shelle Dozier is the Executive Director of Sacramento Housing and Redevelopment Agency. Defendants deny all remaining allegations contained within this paragraph of the TAC.

50. In response to Paragraph 50 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

51. In response to Paragraph 51 of the TAC, Defendants admit MaryLiz Paulson is the Director of Housing Choice Voucher Program for Sacramento Housing and Redevelopment Agency. Defendants deny all remaining allegations contained within this paragraph of the TAC.

52. In response to Paragraph 52 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

53. In response to Paragraph 53 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

54. In response to Paragraph 54 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the

allegations, and on that basis, deny each and every allegation.

## IV.) TIMELINE

55. In response to Paragraph 55 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

56. In response to Paragraph 56 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

57. In response to Paragraph 57 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

58. In response to Paragraph 58 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

59. In response to Paragraph 59 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

60. In response to Paragraph 60 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

61. In response to Paragraph 61 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

62. In response to Paragraph 62 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

63. In response to Paragraph 63 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

64. In response to Paragraph 64 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

65. In response to Paragraph 65 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

66. In response to Paragraph 66 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

67. In response to Paragraph 67 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

68. In response to Paragraph 68 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

69. In response to Paragraph 69 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations,

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)**
290246291v.1

Case 2:22-cv-01699-DJC-AC Document 149-2 Filed 12/23/26 Page 11 of 34

and on that basis, deny each and every allegation.

70. In response to Paragraph 70 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

71. In response to Paragraph 71 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

72. In response to Paragraph 72 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

73. In response to Paragraph 73 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

74. In response to Paragraph 74 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

75. In response to Paragraph 75 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

76. In response to Paragraph 76 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

77. In response to Paragraph 77 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

78. In response to Paragraph 78 of the TAC, Defendants are without

11
DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)
290246291v.1

sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

79. In response to Paragraph 79 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

80. In response to Paragraph 80 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

81. In response to Paragraph 81 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

82. In response to Paragraph 82 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

83. In response to Paragraph 83 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

84. In response to Paragraph 84 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

85. In response to Paragraph 85 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

86. In response to Paragraph 86 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

87. In response to Paragraph 87 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations,

and on that basis, deny each and every allegation.

88. In response to Paragraph 88 of the TAC, Defendants admit there was a zoom meeting on September 12, 2022. Defendants deny all remaining allegations contained within this paragraph of the TAC.

89. In response to Paragraph 89 of the TAC, Defendants admit there was a letter sent to Plaintiffs regarding a zoom meeting on September 12, 2022. Defendants deny all remaining allegations contained within this paragraph of the TAC.

90. In response to Paragraph 90 of the TAC, Defendants admit there was a zoom meeting on September 12, 2022. Defendants deny all remaining allegations contained within this paragraph of the TAC.

91. In response to Paragraph 91 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

92. In response to Paragraph 92 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

93. In response to Paragraph 93 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

94. In response to Paragraph 94 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. Defendants deny each and every remaining allegation contained within this paragraph on the TAC.

95. In response to Paragraph 95 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

96. In response to Paragraph 96 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. Defendants deny each and every remaining allegation contained within this paragraph on the TAC.

97. In response to Paragraph 97 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

98. In response to Paragraph 98 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

99. In response to Paragraph 99 of the TAC, Defendants deny each and every allegation contained within this paragraph on the TAC.

100. In response to Paragraph 100 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

101. In response to Paragraph 101 of the TAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, deny each and every allegation.

## V.) COMPLAINT

### Claim 1: Denial of Housing Modification as Reasonable Accommodation

102. In response to Paragraph 102 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

103. In response to Paragraph 103 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

104. In response to Paragraph 104 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

105. In response to Paragraph 105 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each

and every allegation contained within this paragraph of the TAC.

106. In response to Paragraph 106 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

107. In response to Paragraph 107 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

108. In response to Paragraph 108 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

109. In response to Paragraph 109 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

110. In response to Paragraph 110 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

111. In response to Paragraph 111 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

112. In response to Paragraph 112 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each

and every allegation contained within this paragraph of the TAC.

113. In response to Paragraph 113 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

114. In response to Paragraph 114 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

115. In response to Paragraph 115 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

**Claim 2: Effective Communication Reasonable Accommodation Denial**

116. In response to Paragraph 116 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

117. In response to Paragraph 117 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

118. In response to Paragraph 118 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

119. In response to Paragraph 119 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)**
290246291v.1

response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

120.  In response to Paragraph 120 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

121.  In response to Paragraph 121 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

122.  In response to Paragraph 122 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

123.  In response to Paragraph 123 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

124.  In response to Paragraph 124 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

125.  In response to Paragraph 125 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

126.  In response to Paragraph 126 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no

response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

127.  In response to Paragraph 127 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

**Claim 3: Denial of Due Process**

128.  In response to Paragraph 128 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

129.  In response to Paragraph 129 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

130.  In response to Paragraph 130 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

131.  In response to Paragraph 131 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

132.  In response to Paragraph 132 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required.  To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

133.  In response to Paragraph 133 of the TAC, Defendants assert that the

allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

134. In response to Paragraph 134 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

135. In response to Paragraph 135 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

136. In response to Paragraph 136 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

## Claim 4: Accessibility of Services

137. In response to Paragraph 137 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

138. In response to Paragraph 138 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

139. In response to Paragraph 139 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

19

140. In response to Paragraph 140 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

141. In response to Paragraph 141 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

142. In response to Paragraph 142 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

143. In response to Paragraph 143 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

144. In response to Paragraph 144 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

145. In response to Paragraph 145 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

**Claim 5: Discrimination Based on Disability Type**

146. In response to Paragraph 146 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny

each and every allegation contained within this paragraph of the TAC.

147. In response to Paragraph 147 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

148. In response to Paragraph 148 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

149. In response to Paragraph 149 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

150. In response to Paragraph 150 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

151. In response to Paragraph 151 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

152. In response to Paragraph 152 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

153. In response to Paragraph 153 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny

each and every allegation contained within this paragraph of the TAC.

154. In response to Paragraph 154 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

155. In response to Paragraph 155 of the TAC, Defendants assert that the allegations of this paragraph are legal conclusions and argument for which no response is required. To the extent any answer may be required, Defendants deny each and every allegation contained within this paragraph of the TAC.

## Claim 6: Discrimination Based on Family Composition

156. No response to Paragraph 156 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

157. No response to Paragraph 157 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

158. No response to Paragraph 158 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

159. No response to Paragraph 159 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

160. No response to Paragraph 160 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

161. No response to Paragraph 161 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

162. No response to Paragraph 162 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

163. No response to Paragraph 163 of the TAC is required as Plaintiffs' Claim for Discrimination Based on Family Composition was dismissed with prejudice and without leave to amend.

## AFFIRMATIVE DEFENSES

Defendants have not completed their investigation of the facts of this case, have not completed discovery in this matter, and have not completed its preparation for trial. The affirmative defenses asserted herein are based on Defendants' knowledge, information and belief at this time, and Defendants specifically reserve the right to modify, amend or supplement any affirmative defense contained herein at any time. Without conceding that it bears the burden of proof or persuasion as to any one of these, Defendants allege the following defenses to the TAC:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1. On information and belief, the TAC, and each cause of action alleged against Defendants herein, fails to state facts sufficient to constitute a cause of action against Defendants, or any of them, and/or entitled Plaintiff to the relief it seeks, or any relief at all.

## SECOND AFFIRMATIVE DEFENSE

### (Uncertainty)

2. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that the Complaint is vague, ambiguous and uncertain.

## THIRD AFFIRMATIVE DEFENSE

### (Fault of Others)

3. On information and belief, the TAC, and each cause of action alleged

23

against Defendants herein, Defendants allege that other persons or entities who have not yet been named in this action, were themselves at fault in and about the matters referred to in the TAC and that such fault proximately caused or contributed to the injuries and damages complained of, if any.

## FOURTH AFFIRMATIVE DEFENSE

### (No Duty)

4. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiff's claims are barred against them to the extent that they are based upon duties owed by other parties, which cannot properly be assigned to these answering Defendants.

## FIFTH AFFIRMATIVE DEFENSE

### (No Breach of Duty)

5. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that if any breach of duty has occurred on the part of these answering Defendants, said breach of duty was waived by the conduct, actions, and non-actions of the Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

### (No Causation)

6. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs in this action and/or other persons or entities who are not parties to the action failed to exercise reasonable care concerning the matters alleged in the TAC such that the damages, if any, were solely caused by such conduct.

## SEVENTH AFFIRMATIVE DEFENSE

### (Superseding Cause)

7. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that the injuries and damages, if any, complained of were caused by an unforeseeable, independent, superseding,

intervening event beyond the control and unrelated to any conduct of these answering Defendants. The negligence and wrongful conduct of others, if any, superseded Defendants' actions. Plaintiffs' alleged injuries or damages, if any, were not proximately caused by Defendants' alleged negligence or fault.

## EIGHTH AFFIRMATIVE DEFENSE

### (Assumption of the Risk)

8. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs, with full knowledge of the matters alleged in the TAC, voluntarily assumed any and all risks, hazards, and perils alleged and therefore assumed the risks of any injuries, loss or damages sustained by Plaintiffs, if any.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Exercise Ordinary Care)

9. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs were negligent and careless in and about the events set forth in the TAC which proximately contributed to the injuries and damages complained of, if any, and is hereby barred from any recovery.

## TENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

10. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that should the Plaintiffs recover any damages against it, it is entitled to have that amount abated, reduced or eliminated to the extent that Plaintiffs' own negligence or carelessness caused or contributed to the damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

11. On information and belief, the TAC, and each cause of action alleged

25

against Defendants herein, Defendants allege that the Plaintiffs were careless, negligent or otherwise at fault in conducting their activities in connection with the events which are the subject of the TAC, and that as a direct and proximate result thereof, Plaintiffs are barred from any recovery in this action. In the event that this Court should find that there is some comparative liability among the various parties hereto, these Answering Defendants ask the Court to pro rate any damages in accordance with the comparative liability of the parties, if any there be.

## TWELFTH AFFIRMATIVE DEFENSE

### (Intentional Acts/ Omissions)

12. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that they are not responsible for any damages, or percentage of damages, claimed by Plaintiffs herein as a result of the intentional acts or omissions of others, including Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

13. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that the claims of Plaintiffs are barred as a result of the failure of Plaintiffs to exercise reasonable care in mitigation of damages, if any were sustained.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

14. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that each cause of action presented therein is barred on the grounds that Defendants' alleged acts referred to in the TAC, if any, were not the cause in fact or the proximate cause of the damages, if any, suffered by Plaintiffs, nor were they a substantial factor in bringing about said damages.

///

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Limitation by California Civil Code § 1431.2)

15. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that the liability of these answering Defendants for the non-economic damages claimed or proven by Plaintiffs shall be and are limited by California Civil Code § 1431.2.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Proportionate of Fault)

16. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that any injuries and damages sustained by Plaintiffs, if any there were, were caused by the negligence, intentional acts or omissions of other persons or entities, other than these answering Defendants, whom Defendants neither controlled nor had the right to control. Defendants allege that their liability, if any, in this matter is extremely minor relative to the liability of various third parties and, therefore, the damages, if any, assessed against it should be proportionate to the degree, nature and extent of its fault.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Proportionate of Fault)

17. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs' damages, including non-economic damages, if any, were proximately caused by an unforeseeable, independent, intervening or superseding event beyond the control, and unrelated to any conduct of these answering Defendants. Defendants' actions, if any, were superseded by the negligence and wrongful conduct of others, and Defendants shall not be liable for said parties' proportionate share of non-economic damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

18. Any recovery on Plaintiffs' TAC, or any purported cause of action

27

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)
290246291v.1

therein, is barred in that this Court lacks jurisdiction over such claims because Plaintiffs' failed to perfect a right of action and/or to exhaust administrative remedies prior to commencing this civil action as required by applicable law including, without limitation, the California Fair Employment and Housing Act (Government Code §12900, *et seq.*).

## NINETEENTH AFFIRMATIVE DEFENSE

### (Avoidable Consequences)

19. Although Defendants deny they have committed or have responsibility for any act that could support the recovery of damages in this lawsuit, to the extent Plaintiffs allege violations of the California Fair Housing and Employment Act, which alleged violations Defendants expressly deny, Plaintiffs are barred from recovering any damages under the avoidable consequences doctrine.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Breach of Duty)

20. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants deny any and all liability to the extent Plaintiffs assert Defendant violated or breached any duties owed, if any, to Plaintiffs provided under the Civil Rights Act. (42 U.S.C. § 1983.)

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (No Breach of Duty)

21. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants deny any and all liability to the extent Plaintiffs assert Defendants violated or breached any duties owed, if any, to Plaintiffs provided under The Rehabilitation Act of 1973 § 504. (29 U.S.C. § 794.)

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Breach of Duty)

22. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants deny any and all liability to the extent Plaintiffs

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)**
290246291v.1

assert Defendants violated or breached any duties owed, if any, to Plaintiffs provided under the Fair Housing Act and Amendments ("FEHA"). (42 U.S.C. § 3613 et seq.)

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Breach of Duty)

23. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants deny any and all liability to the extent Plaintiffs assert Defendants violated or breached any duties owed, if any, to Plaintiffs provided under the 14th Amendment of the U.S. Constitution due process and equal protection clauses. (U.S. Const. amend. XIV.)

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Performance Excused)

24. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants assert that performance of any alleged obligation to which full performance has not been rendered, which Defendants expressly deny, performance of said obligation has been excused by the acts and omissions of Plaintiffs or their agents, excluding these answering Defendants.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Failure of Consideration)

25. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs are barred from recovery of any damages on the grounds of failure of consideration.

## TWENTY-SEIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

26. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that Plaintiffs are not entitled to the relief sought by reason of their own unclean hands with regard to the matters alleged in the TAC.

///

29

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

27. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that giving the Plaintiffs the amount of monetary damages they request in the lawsuit would result in the Plaintiffs receiving more money than they are entitled to, resulting in an unjust enrichment.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Punitive Damages not Permissible)

28. On information and belief, the TAC, and each cause of action alleged against Defendants herein, Defendants allege that punitive damages are not permissible under the circumstances given that Defendants did not engage in malicious, oppressive, or fraudulent conduct.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Reasonable Accommodation)

29. Defendants allege that the relief prayed for in the TAC regarding Plaintiffs' request for an extra bedroom as reasonable accommodation is moot and should be barred because Plaintiffs have already received a three bedroom voucher for their request for reasonable accommodation.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Failure to Engage in Interactive Process/Request Accommodation)

30. Defendants allege that Plaintiffs failed to engage in the interactive process to ascertain if there was a reasonable accommodation.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Punitive Damages Unconstitutional)

31. Although Defendants deny that they committed or has responsibility for any act that could support recovery of punitive damages in this lawsuit, to the extent any such act is found, recovery of punitive damages against Defendants is unconstitutional under numerous provisions of the United States Constitution and the

California Constitution.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Indemnification)

32. On information and belief, the TAC, and each cause of action alleged against Defendants herein, any and all events, happenings, injuries, and damages set forth in the TAC are the legal, contractual, or equitable responsibility of others, who as a result of such responsibility and/or preexisting contractual obligations, owe indemnification to Defendants, and Defendants reserve the right to seek leave of court, as necessary, to join in this action any such indemnitors.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Waiver)

33. On information and belief, the TAC, and each cause of action alleged against Defendants herein, each and every cause of action or purported cause of action contained in the TAC is barred by the doctrine of waiver.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Laches)

34. On information and belief, the TAC, and each cause of action alleged against Defendants herein, each and every cause of action or purported cause of action contained in the TAC is barred by the doctrine of laches.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

35. On information and belief, the TAC, and each cause of action alleged against Defendants herein, each and every cause of action or purported cause of action contained in the Complaint is barred by the doctrine of estoppel.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Exercise of Reasonable Care)

36. On information and belief, the TAC, and each cause of action alleged against Defendants herein, is barred in whole or in part because Defendants exercised

reasonable care to prevent and correct any alleged harassing, discriminatory, or retaliatory conduct.

## **RIGHT TO ADD ADDITIONAL AFFIRMATIVE DEFENSES**

Because Plaintiffs' Third Amended Complaint is couched in broad and conclusory terms, and Defendants have not completed its investigation and discovery regarding the acts and claims asserted by Plaintiffs, Defendants cannot fully anticipate all defenses that may be applicable to this action. Accordingly, the right to assert additional defenses, if any to the extent that such defenses are applicable is hereby reserved.

**WHEREFORE**, Defendants pray that:

1. Judgment is entered in favor of Defendants and against Plaintiffs herein;

2. Plaintiffs take nothing by their Third Amended Complaint;

3. Defendants be awarded costs of suit incurred herein;

4. Defendants be awarded such other and further relief as the court may deem necessary and proper; and

5. The Court dismiss the Third Amended Complaint with prejudice.

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand a trial by jury on all causes of action.

Dated: December 4, 2023      **WILSON ELSER MOSKOWITZ**

**EDELMAN & DICKER**

By: _____

EDWARD P. GARSON
ALEXANDER CHEUNG
Attorneys for Defendants

32

## PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DEFENDANT SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY'S ANSWER TO PLAINTIFFS' COMPLAINT**

☐: **PERSONAL SERVICE** - I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below, and providing them to a professional messenger service for service. (A confirmation by the messenger will be provided to our office after the documents have been delivered.)

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **OVERNIGHT MAIL** - As follows: I am "readily familiar" with the firm's practice of processing correspondence for mailing overnight via Federal Express. Under that practice it would be deposited in a Federal Express drop box, indicating overnight delivery, with delivery fees provided for, on that same day, at San Francisco, California.

☐: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐: **BY ELECTRONIC TRANSMISSION** – By causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

Executed on December 4, 2023, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Maxine Swann

33

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.: 2:22-cv-01699 TLN AC PS)**
290246291v.1

### SERVICE LIST

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA  95673<br><br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br><br><br>Tel:  (512) 522-8571 | |

**DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT (No.:  2:22-cv-01699 TLN AC PS)**

**290246291v.1**