

**FILED**

APR 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

        Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

        Defendants

Case No: 2:22-cv-01699 DJC AC

**MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(b)**

Date 4/23/2025

Time: 10:00 Am

Courtroom 26

1)     Plaintiffs David Samuel and Sydney Roberts, appearing pro se, respectfully move this Court for an order allowing withdrawal of admissions deemed admitted due to inadvertent non-response to Defendant's Requests for Admissions (served on or around November 4, 2024).

2)     This motion is brought pursuant to Federal Rule of Civil Procedure 36(b), which permits withdrawal of admissions when doing so promotes the presentation of the merits of the action and does not prejudice the opposing party.

## I. Background

3)     On or about November 4, 2024, Defendant Sacramento Housing and Redevelopment Agency served Requests for Admissions (RFAs) on Plaintiffs. Under Rule 36(a)(3), Plaintiffs had 30 days to respond, with responses due approximately December 4, 2024. Due to a combination of medical issues, pro se litigation demands, and other procedural tasks during this period, Plaintiffs inadvertently failed to serve timely responses.

**MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(B)** - 1

## II. Legal Standard

3)      Rule 36(b) allows withdrawal or amendment of admissions when: (1) the presentation of the merits of the action will be subserved, and (2) the party who obtained the admission fails to satisfy the court that withdrawal will prejudice them in maintaining the action or defense on the merits. Courts routinely permit withdrawal of deemed admissions where no substantial prejudice is shown and resolution on the merits is favored.

## III. Argument

4)      Plaintiffs' failure to respond was not willful, and Plaintiffs have otherwise actively participated in discovery. The deemed admissions go to the core issues of liability, causation, and damages. If not withdrawn, these admissions would effectively terminate the case without consideration of the significant evidence Plaintiffs have disclosed, including communications, policy documents, and testimony showing ongoing violations of federal law.

5)      Defendant will not be prejudiced by withdrawal. No trial date has been set, and the parties are still in the pretrial and dispositive motion stage. Defendant has had full access to Plaintiffs' disclosures and exhibits, and has participated in discovery exchanges that make clear Plaintiffs intend to contest all key factual assertions.

6)      Accordingly, Rule 36(b) permits and supports the withdrawal of these admissions.

## IV. Relief Requested

7)      Plaintiffs respectfully request that the Court enter an order permitting withdrawal of any admissions deemed admitted by default, and accept Plaintiffs' proposed amended responses attached hereto as Exhibit A.

Respectfully submitted,


*David Samuel*
David Samuel
04-09-2025


*Sydney Roberts*
Sydney Roberts
04-09-2025

**MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(B) - 2**

**EXHIBIT A**

Plaintiffs' Amended Responses to Defendant's Requests for Admission

Plaintiffs David Samuel and Sydney Roberts, appearing pro se, hereby submit the following amended responses to Defendant Sacramento Housing and Redevelopment Agency's Requests for Admission, originally served on or about November 4, 2024. These responses are submitted in conjunction with Plaintiffs' Motion to Withdraw Deemed Admissions pursuant to Rule 36(b) of the Federal Rules of Civil Procedure. Plaintiffs deny each Request for Admission, and any failure to previously respond was inadvertent and not intended as an admission of fact or law.

1. Request for Admission No. 1:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

2. Request for Admission No. 2:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

3. Request for Admission No. 3:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

4. Request for Admission No. 4:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

5. Request for Admission No. 5:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

6. Request for Admission No. 6:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

7. Request for Admission No. 7:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

8. Request for Admission No. 8:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

9. Request for Admission No. 9:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

10. Request for Admission No. 10:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

11. Request for Admission No. 11:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

12. Request for Admission No. 12:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

13. Request for Admission No. 13:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

14. Request for Admission No. 14:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

15. Request for Admission No. 15:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

16. Request for Admission No. 16:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.


17. Request for Admission No. 17:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.


18. Request for Admission No. 18:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.


19. Request for Admission No. 19:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.


20. Request for Admission No. 20:

Denied. Plaintiffs deny the truth of the matter asserted in this Request for Admission.

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
EDWARD P. GARSON (SBN 96786)
MONICA CASTILLO (SBN 146154)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sydney Brooke Roberts,<br>David Samuel,<br>A.I.M.S.,<br>D.A.Y.S.,<br>v.<br>Sacramento Housing and Redevelopment<br>Agency, et. al, | PLAINTIFF(S),<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**2:22-cv-01699-DJC AC**<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
Sacramento_____, State of California, and not a
party to the above-entitled cause. On April 09_____, 20 25_____, I served a true copy of
MOTION TO WITHDRAW DEEMED ADMISSIONS UNDER RULE 36(b)
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3350 Arapaho Way, Antelope, CA 95843_____
Executed on April 09_____, 20 25_____ at Sacramento_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Barbara McGarvey*
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.


_____          _____
*Signature*                                               *Party Served*



**FILED**

APR 0 9 2025

CLERK ... ... ... CT CO...
EASTE... ... ... CA...
BY
... ... ...
... ... CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

AIMS (A MINOR),

DAYS (A MINOR)

Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

Defendants

Case No: 2:22-cv-01699 DJC AC

**[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW DEEMED
ADMISSIONS**

Date 4/23/2025

Time : 10:00 Am

Courtroom 26

The Court, having considered Plaintiffs' Motion to Withdraw Deemed Admissions Under Rule 36(b), any opposition and reply thereto, and finding good cause shown, hereby orders as follows:

1. Plaintiffs' Motion to Withdraw Deemed Admissions is GRANTED.

2. Any admissions deemed admitted due to Plaintiffs' failure to timely respond to Defendant's Requests for Admission are hereby WITHDRAWN.

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEEMED ADMISSIONS

- 1

3. Plaintiffs' amended responses to the Requests for Admission, attached as Exhibit A to the motion, are accepted as the operative responses.

IT IS SO ORDERED.

Dated: _____

_____
David Samuel
Date

_____
Sydney Roberts
Date

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEEMED ADMISSIONS
- 2