**Notice of Electronic Filing**

The following transaction was entered on 5/15/2025 at 12:36 PM PDT and filed on 5/15/2025

**Case Name:**        (PS) Roberts et al v. Sacramento Housing & Redevelopment Agency, et al

**Case Number:**      2:22-cv-01699-DJC-AC

**Filer:**

**Document Number:** 106(No document attached)

**Docket Text:**
**MINUTE ORDER issued by Courtroom Deputy for Magistrate Judge Allison Claire on 05/15/2025. Plaintiffs' motion to withdraw admissions (ECF No. [88]) is GRANTED and the responses filed at ECF No. [88] at 3-5 are hereby deemed to replace plaintiffs' earlier failure to respond. Defendants' motion for summary judgment (ECF No. [83]), which relies heavily on plaintiffs' non-response to the requests for admissions, is DENIED without prejudice. (Text Only Entry) (Deputy Clerk JAA)**

**2:22-cv-01699-DJC-AC Notice has been electronically mailed to:**

Edward P. Garson      edward.garson@wilsonelser.com

Monica Castillo      monica.castillo@wilsonelser.com

**2:22-cv-01699-DJC-AC Electronically filed documents must be served conventionally by the filer to:**

David Tyrone Samuel
108 Rinetti Way
Rio Linda, CA 95673

Sydney Brooke Roberts
108 Rinetti Way
Rio Linda, CA 95673