David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

FILED

MAR 04 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS<br><br>DAVID TYRONE SAMUEL,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL.,<br><br>Defendants | Case No: 2:22-cv-01699 DJC AC<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION AND CLARIFICATION OF LOCAL RULE 303(e)** |

1)      Plaintiffs file this Notice to submit the attached Declaration of Sydney Brooke Roberts in support of Plaintiffs' Motion for Enlargement of Time under Fed. R. Civ. P. 6(b)(1)(B) and request for reconsideration under E.D. Cal. L.R. 303(c), and to clarify one procedural point raised in Defendants' opposition.

2)      E.D. Cal. L.R. 303(e) provides that Local Rule 230 timing requirements do not apply to a request for reconsideration by the District Court of a magistrate judge's ruling, and that no oral argument is allowed unless the assigned District Judge calendars argument. Plaintiffs' filing is a Rule 6(b) request to permit an out-of-time L.R. 303(c) request, and it is intended to be submitted on the papers. Plaintiffs therefore did not notice a hearing date.

**NOTICE OF SUPPLEMENTAL DECLARATION AND CLARIFICATION OF LOCAL RULE 303(e)  - 1**

Respectfully submitted,

_David Samuel_
David Samuel
March 3, 2026


_Sydney Roberts_
Sydney Roberts
March 3, 2026

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS | Case No: 2:22-cv-01699 DJC AC |
| DAVID TYRONE SAMUEL, | |
| Plaintiffs, | **DECLARATION OF SYDNEY ROBERTS** |
| v. | |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL., | |
| Defendants | |

I, Sydney Brooke Roberts, declare:

1)      I am a plaintiff in this action. I am over the age of 18. I have personal knowledge of the facts stated in this declaration.

2)      I submit this declaration in support of Plaintiffs' Motion for Enlargement of Time under Fed. R. Civ. P. 6(b)(1)(B) and request for reconsideration under E.D. Cal. L.R. 303(c) of the Magistrate Judge's January 15, 2026 order filed January 16, 2026 (ECF No. 145).

3)      I rely on my co-plaintiff, David Tyrone Samuel, to monitor the docket and filings in this case and to keep me informed of material developments.

4)      On February 23, 2026, while preparing to respond to Defendants' motion for summary judgment (ECF No. 146), Mr. Samuel discovered that the Court's January 15,

**DECLARATION OF SYDNEY ROBERTS - 1**

2026 order filed January 16, 2026 (ECF No. 145) denied Plaintiffs' motion for leave to file the Fourth Amended and Supplemental Complaint (ECF No. 139). Mr. Samuel informed me of this discovery on or about February 23, 2026.

5)    After learning of the denial through Mr. Samuel, I promptly agreed to and joined Plaintiffs' motion seeking enlargement of time and reconsideration.

6)    I join Plaintiffs' stipulations stated in the motion. Plaintiffs do not seek to reopen fact discovery or extend deadlines absent separate order, and Plaintiffs will not serve discovery solely because of filing the Revised 4ASC.

7)    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2026, at Rio Linda, California.


*Sydney Roberts*
Sydney Roberts

**DECLARATION OF SYDNEY ROBERTS** - 2

**PROOF OF SERVICE**

I, David Tyrone Samuel, declare:

1)      I am a plaintiff in this action and I am over the age of 18. I am not a party to be served in this Proof of Service.

2)      On March 4, 2026, I served the following documents in Roberts et al. v. Sacramento Housing & Redevelopment Agency, et al., Case No. 2:22-cv-01699-DJC-AC:
      a. Notice of Supplemental Declaration and Clarification of Local Rule 303(e); and
      b. Declaration of Sydney Brooke Roberts.

3)      I served the documents by email to Defendants' counsel at Wilson Elser Moskowitz Edelman & Dicker LLP, as follows:
      a. Monica Castillo, Esq. (monica.castillo@wilsonelser.com)
      b. Edward P. Garson, Esq. (edward.garson@wilsonelser.com)

4)      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2026, at Rio Linda, California.


*David Samuel*

David Samuel