EDWARD P. GARSON (SBN 96786)
Edward.Garson@WilsonElser.com
MONICA CASTILLO (SBN 146154)
monica.Castillo@WilsonElser.com
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, et al.,<br><br>Defendants. | No.: 2:22-cv-01699 DJC AC<br><br>**DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Assigned to Magistrate Allison Claire<br>Date: March 25, 2026<br>Time: 10:00 a.m.<br>Courtroom: 26 |

I, MaryLiz Paulson, declare:

1. I am the Director of the Housing Choice Voucher program at  Defendant SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY (SHRA).

2. I have personal knowledge of the facts set forth herein. If called to testify to those matters herein, I could and would do so competently.

3. SHRA usually communicates with medical offices, by facsimile, not usually by US Postal Service.  I am informed and believe and allege thereon that Plaintiff Roberts submitted a doctor's report with an *Authorization for Use or Disclosure of Health Information*

1

DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

form with an attached medical report on May 19, 2022. The Reasonable Accommodations Coordinating Committee (RACC) met on June 1, 2022 to consider the request for an additional bedroom for David and Artemis.   The RACC needed additional information regarding David's need for a separate room and received no information concerning Artemis' request. On or about June 20, SHRA provided written directions to Plaintiff Roberts that were to go to Dr. Medina, a  physician with Kaiser Permanente, Plaintiffs' health insurer.  Kaiser had its own decision-making process for reasonable accommodations:  Dr. Medina must use a *Work Activity Status* form. There was no response from Dr. Medina regarding Artemis, one of Plaintiffs' children when the committee met to review the documents and make a decision on June 24, 2022. As a result, SHRA had no choice but to notify Plaintiffs of proposed sleeping arrangements  to meet Plaintiffs' needs. A decision letter was sent to the family on July 13, 2022 at a forwarding address stating that the family's need for Plaintiff Samuel to have a separate room could be met without increasing the bedroom size.  Plaintiff Samuel called SHRA on July 18, 2022 and was informed that they could request an appeal. Plaintiff Samuel again called SHRA on August 3, 2022 and stated Plaintiffs' request for a hearing on the denial. On or about August 4, 2022, SHRA received a facsimile from Plaintiffs requesting a hearing on the denial. On or about August 26, 2022, SHRA notified Plaintiffs that the hearing was set for September 12, 2022.

4.  SHRA never refused to work with Plaintiff Samuel and was communicating with him. This in spite of the fact that Plaintiff Roberts was the self-identified "Head of Household" but was noticeably absent in communications regarding Plaintiffs' disabilities and their children. Because Plaintiff Samuel was repeatedly calling the SHRA office and interacted so often with SHRA, SHRA was concerned whether Plaintiff Samuel was acting to represent Plaintiff Roberts' wishes as well. SHRA staff did ask Plaintiff Roberts to also communicate with SHRA, but Plaintiff Samuel continued to represent the family.

5.  It was SHRA policy not to communicate by email with clients. Plaintiff Samuel requested email communication; SHRA requested that he show a disability-related need for this accommodation but he failed to provide it.

2

DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed in Sacramento California, on this March 19 , 2026

_MaryLiz Paulson_
MaryLiz Paulson

DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

## PROOF OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699 TLN AC PS

I, the undersigned, am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 Montgomery Street, Suite 900, San Francisco CA 94111.

On the date indicated below, I caused to be served the following document(s) described as follows:

**DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

☒: **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒: **BY E-MAIL** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Sydney Brooke Roberts<br>David Tyrone Samuel<br>108 Rinetti Way<br>Rio Linda, CA  95673<br><br>home@possiblymaybe.com<br>davidsa@possiblymaybe.com<br>maddy@possiblymaybe.com<br><br>T: (512) 522-8571 | Plaintiff, Pro Per |

Executed on March 19, 2026, in San Francisco, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

_____
Jasmine Carinio

DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1

## CERTIFICATE OF SERVICE

*Brooke Roberts, et al. v. Sacramento Housing and Redevelopment Agency, et al.*
USDC, Eastern District of California, No. 2:22-cv-01699-TLN-AC

I certify that on *March 19, 2026,* I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on March 19, 2026, in San Francisco, California.

_____
Jasmine Carinio

DECLARATION OF MARYLIZ PAULSON IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

296402328v.1