UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO HOUSING & REDEVELOPMENT AGENCT, et al.,<br><br>Defendants. | No.  2:22-cv-1699 DJC AC PS<br><br><br>ORDER |

Plaintiffs, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 132.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 30, 2025, are adopted in full;

1

2. Defendants' motion to enforce settlement (ECF No. 124) is DENIED.

3. This matter is referred back to the Magistrate Judge for all further pre-trial proceedings.

IT IS SO ORDERED.

Dated:    **May 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Robe1699.801