David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY BROOKE ROBERTS | Case No: 2:22-cv-01699 DJC AC |
| DAVID TYRONE SAMUEL, | |
| Plaintiffs, | **[PROPOSED] ORDER ON PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF** |
| v. | |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY ET AL., | |
| Defendants | |

RECEIVED

MAY 26 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Before the Court is Plaintiffs' Motion Under Federal Rule of Civil Procedure 16(c) and 16(e) for Trial-Management Relief, filed at ECF 155, re-noticed at ECF 160, and supported by Plaintiffs' Supplemental Memorandum. Having considered the motion and supporting papers, IT IS HEREBY ORDERED:

1)    The Court's May 22, 2026 Minute Order at ECF 159 did not toll, reset, reopen, or extend any previously expired discovery, expert-related, or law-and-motion deadline.

2)    The dispositive-motion deadline established at ECF 145 remains in effect. No additional dispositive motions may be filed absent Rule 16(b) good cause.

3)    Fact discovery remains closed by operation of the June 25, 2025 deadline

[PROPOSED] ORDER ON PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR
TRIAL-MANAGEMENT RELIEF - 1

established by ECF 58, as later confirmed in ECF 136 and relied upon in ECF 145. No fact discovery may be reopened absent Rule 16(b) good cause and reconciliation with the closed-discovery prejudice framework applied at ECF 145.

4)    The expert-disclosure deadlines established at ECF 145, February 25, 2026 for initial expert disclosures and March 25, 2026 for rebuttal expert disclosures, expired without extension. No party may seek to reopen expert disclosures, expert discovery, expert depositions, expert supplementation, expert rebuttal, expert-related record development, or expert-related motion practice absent Rule 16(b) good cause.

5)    The operative pleading remains the Third Amended Complaint pending resolution of Plaintiffs' Motion for Reconsideration at ECF 149.

6)    The Court shall set final trial-preparation deadlines by separate order consistent with the December 10, 2026 final pretrial conference and the February 22, 2027 jury trial for: (a) motions in limine and briefing schedule; (b) the joint pretrial statement under Local Rule 281; (c) exchange of witness lists; (d) exchange of exhibit lists; (e) proposed jury instructions; and (f) verdict forms.

7)    Any reopening of expired law-and-motion, expert-related, or discovery deadlines by either party shall require specific findings establishing Rule 16(b) good cause and reconciling any reopening with the closed-discovery prejudice framework applied at ECF 145.

[PROPOSED] ORDER ON PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF - 2

IT IS SO ORDERED.

DATED: _____

_____

ALLISON CLAIRE

UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF - 3