**FILED**

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

David Samuel, Pro Se
Sydney Roberts, Pro Se
108 Rinetti Way
Rio Linda, CA 95673
512-522-8571
edfed@possiblymaybe.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS

DAVID TYRONE SAMUEL,

      Plaintiffs,

v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY ET AL.,

      Defendants

Case No: 2:22-cv-01699 DJC AC

PROOF OF SERVICE BY EMAIL

I, David Tyrone Samuel, certify that on May 26, 2026, I served the following documents

by email on counsel for Defendants:

1) PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION

UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF

2) [PROPOSED] ORDER ON PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 16(c)

AND 16(e) FOR TRIAL-MANAGEMENT RELIEF

Service was made by email to:

Edward P. Garson

Edward.Garson@WilsonElser.com

PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER
FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF POS  - 1

Monica Castillo

Monica.Castillo@WilsonElser.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 26, 2026

*David Samuel*

DAVID SAMUEL

PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION UNDER FED. R. CIV. P. 16(c) AND 16(e) FOR TRIAL-MANAGEMENT RELIEF POS - 2