UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYDNEY BROOKE ROBERTS and DAVID TYRONE SAMUEL,

Plaintiffs,

v.

SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, et al.,

Defendants.

No. 2:22-cv-1699 DJC AC PS

ORDER

This case was filed on September 27, 2022, with plaintiffs proceeding in pro se. ECF No. 1. Both expert and fact discovery are closed, and the dispositive motions deadline is passed. ECF No. 136, 145. Findings and Recommendations on defendants' motion for summary judgment, recommending the motion be granted in part and denied in part, are pending before the District Judge. ECF No. 163. All parties filed objections. ECF Nos. 167, 168. A jury trial is set to commence in February of 2027. ECF No. 159.

Before the undersigned is plaintiffs' renewed motion to e-file (ECF No. 170) and plaintiffs' motion to depose defendants' expert witness (ECF No. 171). Considering the

////

////

////

procedural posture of this case, including the litigation history and the closed discovery period, both motions are DENIED.

IT IS SO ORDERED.

DATED: July 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE